B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>District of New Jersey | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**CDG Management, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**22-3443293** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**425 Raritan Center Parkway, Suite A**<br>**Edison, NJ**<br>ZIP Code **08837** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Middlesex** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12    ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 13 |

| | Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ■ Debts are primarily business debts. |
|---|---|---|

| Filing Fee (Check one box)<br>■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:    **Chapter 11 Debtors**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br><br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| Statistical/Administrative Information<br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(1/08)                                                                                                      Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **CDG Management, LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)  ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)  I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).  X_____  Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **CDG Management, LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X /s/ John K. Sherwood (JS** _____
Signature of Attorney for Debtor(s)

**John K. Sherwood (JS 2453)**
Printed Name of Attorney for Debtor(s)

**Lowenstein Sandler PC**
Firm Name

**65 Livingston Avenue**
**Roseland, NJ 07068**
Address

**973-597-2500  Fax: 973-597-2400**
Telephone Number

**March  1, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X /s/ Scott Pasch** _____
Signature of Authorized Individual

**Scott Pasch**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**March  1, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# RESOLUTION OF
# CDG MANAGEMENT, LLC

I hereby certify that CDG Management, LLC, a company formed under the laws of the State of New Jersey, adopts the following resolution:

"Resolved, that in view of the financial condition of CDG Management, LLC ("CDG"), a New Jersey company, and certain affiliated companies owned by CDG, including Civic Development Group LLC, Millennium Teleservices LLC, National Fundraising Consultants LLC, Fundraising Processing Center LLC and National Pharmacy Discounts LCC (the "Companies"), CDG is hereby authorized to file petitions pursuant to chapter 7 of the Bankruptcy Code and to retain the services of, including but not limited to, the law firm of Lowenstein Sandler PC ("Lowenstein"), for the purposes of preparing, filing, and prosecuting petitions under chapter 7 of the Bankruptcy Code, and to take all steps necessary and related thereto, and that all retainers are hereby approved, and that Scott Pasch, President of CDG, hereby authorizes Lowenstein to execute the petitions and any other pleadings or documents he and counsel deem necessary in connection with the chapter 7 proceedings of CDG and the Companies."

In certification hereof, I do set my hand and seal this 28th day of February, 2010.

/s/ Scott Pasch
Scott Pasch
Authorized Representative

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
### District of New Jersey

In re    **CDG Management, LLC**                     ,     Case No. _____

                                                   Debtor             Chapter _____**7**_____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 6 | 3,215,244.37 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 2,171,946.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 7 | | 77,023.66 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 35 | | 2,537,905.31 | |
| G - Executory Contracts and Unexpired Leases | Yes | 4 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J -  Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 55 | | | |
| | Total Assets | | 3,215,244.37 | | |
| | Total Liabilities | | | 4,786,874.97 | |

B6A (Official Form 6A) (12/07)

.

In re    **CDG Management, LLC**                                    ,    Case No. _____
                                          Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a
cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for
the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W,"
"J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under
"Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and
Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity
claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or
if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  |  |  |  |  |
|---|---|---|---|---|
| | | Sub-Total > | 0.00 | (Total of this page) |
| | | Total > | 0.00 | |
| | | (Report also on Summary of Schedules) | | |

__0__  continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re  **CDG Management, LLC**
_____, Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **OceanFirst Bank** **975 Hooper Avenue** **Toms River, NJ 08753** **Account Number: 9810** | - | 26,447.00 |
| | | | **OceanFirst Bank** **975 Hooper Avenue** **Toms River, NJ 08753** **Account Number: 9810** | - | 862,741.00 |
| | | | **OceanFirst Bank** **975 Hooper Avenue** **Toms River, NJ 08753** **Account Number: 1183** | - | 294,376.00 |
| | | | **Wachovia Bank, N.A.** **123 South Broad Street, 7th Floor** **Philadelphia, PA 19109** **Account Number: 2463** | - | 0.00 |
| | | | **Lowenstein Sandler PC** **65 Livingston Avenue** **Roseland, NJ 07068** **Attorney Trust Account for unclaimed employee checks** **Account Number: 11677.1** | - | 42,805.89 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | **TBC Place Partners 2 LLC - Durham, NC** **Coral Reef TBC LLC** **2100W 76th Street, Suite 401** **Hialeah, FL 33016** **(Landlord)** | - | 8,892.00 |
| | | | **Liberty Property Trust - Fort Lauradale, FL** **Liberty Property Limited Partnership** **P.O. Box 828438** **Philadelphia, PA 19182-8438** **(Landlord)** | - | 19,158.00 |
| | | | Sub-Total >
(Total of this page) | | 1,254,419.89 |

__5__  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re      **CDG Management, LLC**                                    ,      Case No. _____
                                    **Debtor**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Meram Properties LLC - Lansing, MI**<br>**260 East Brown Street, Suite 200**<br>**Birmingham, MI 48009**<br>**(Landlord)** | - | 9,208.00 |
| | | **Guardian Realty - Largo, MD**<br>**Guardian Realty Management, INc.**<br>**702 Russell Avenue, Suite 400**<br>**Gaithersburg, MD 20877**<br>**(Landlord)** | - | 10,176.00 |
| | | **Joseph Barker Enterprise - Meriden, CT**<br>**250 Pomeroy Avenue**<br>**Meriden, CT 06450**<br>**(Landlord)** | - | 7,500.00 |
| | | **Arden Realty Finance Partnership L.P. - Monterey Park, CA**<br>**LA Corporate Center, LLC**<br>**c/o Cabi Developers**<br>**P.O. Box 79562**<br>**City of Industry, CA 91716**<br>**(Landlord)** | - | 11,517.00 |
| | | **Colonial Properties Trust - Montgomery, AL**<br>**Interstate Park Holdings, LLC**<br>**8147 Solutions Center**<br>**Chicago, IL 60677**<br>**(Landlord)** | - | 5,100.00 |
| | | **Triangle Fidelco Industrial Center - New Brunswick, NJ**<br>**501 Watchung Avenue**<br>**Watchung, NJ 07069**<br>**(Landlord)** | - | 37,142.00 |
| | | **R&R Development - Oakridge, TN**<br>**575 Oak Ridge Turnpike, Suite 201**<br>**Oak Ridge, TN 37830**<br>**(Landlord)** | - | 10,580.00 |
| | | **CMB II LLC - Phoenix, AZ**<br>**c/o Dimension Financial & Realty Investments, Inc.**<br>**2920 E. Camelback Road, Suite 200**<br>**Phoenix, AZ 85016**<br>**(Landlord)** | - | 10,075.00 |

|  | Sub-Total > | 101,298.00 |
|---|---|---|
|  | (Total of this page) | |

Sheet __1__ of __5__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **CDG Management, LLC**                       ,     Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Mullins Investment, LLC**<br>**8867 Green Street**<br>**Wheelersburg, OH 45694**<br>**(Landlord)** | - | 3,750.00 |
| | | **Magnolia Dermody 2 LLC - Reno, NV**<br>**Reno Investor, LLC - Dept. #33982**<br>**P.O. Box 39000**<br>**San Francisco, CA 94139**<br>**(Landlord)** | - | 7,023.00 |
| | | **Del Paso Properties - Sacramento, CA**<br>**Del Paso Properties, Ltd.**<br>**4005 Manzarita Avenue, Suite PMB 242**<br>**Carmichael, CA 95608**<br>**(Landlord)** | - | 15,620.00 |
| | | **Bryce Properties - Troy, NY**<br>**297 River Street**<br>**Troy, NY 12180**<br>**(Landlord)** | - | 9,179.00 |
| | | **85 Green Street Realty Trust - Worcester, MA**<br>**P.O. Box 55**<br>**Worchester, MA 01613**<br>**(Landlord)** | - | 6,003.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >      **41,575.00**
(Total of this page)

Sheet  **2**  of  **5**  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **CDG Management, LLC**                                                    ,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Civic Development Group, LLC 425 Raritan Center Parkway, Suite A Edison, NJ 08837**<br><br>**Fundraising Processing Center, LLC 425 Raritan Center Parkway, Suite A Edison, NJ 08837**<br><br>**National Fundraising Consultants, LLC 425 Raritan Center Parkway, Suite A Edison, NJ 08837**<br><br>**National Pharmacy Discounts, LLC 425 Raritan Center Parkway, Suite A Edison, NJ 08837**<br><br>**Millennium Teleservices, LLC 425 Raritan Center Parkway, Suite A Edison, NJ 08837** | **-** | **Unknown** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

Sub-Total >     **0.00**
(Total of this page)

Sheet   **3**   of   **5**   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   __**CDG Management, LLC**_____,   Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | **Donor Database (Compilation of consumers telephone numbers who have pledged or paid to a policy, fire, veteran or other public safety organization via the telephone or direct mail)** | - | **Unknown** |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Furniture and Fixtures** | - | **293,537.00** |
| | | **Office Equipment** | - | **44,867.45** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Telephone Equipment** | - | **68,460.81** |
| | | **Computer Equipment** | - | **427,530.83** |
| | | **Software** | - | **5,641.90** |
| | | Sub-Total > (Total of this page) | | **840,037.99** |

Sheet __**4**__ of __**5**__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **CDG Management, LLC** _____,    Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Telecommunication Equipment** | - | **597,506.81** |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Leasehold Improvements** | - | **380,406.68** |

|  | Sub-Total > | **977,913.49** |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | **3,215,244.37** |

Sheet __5__ of __5__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re  **CDG Management, LLC**                                                    , Case No. _____
                                  Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | |
| Account No. **1431928146** | | | | **Term Loan** | | | | | |
| **Wachovia Bank NA** **123 South Broad Street** **7th Floor - MBO Building** **Philadelphia, PA 19109** | X | - | | | | | | | |
| | | | | Value $              **0.00** | | | | **1,663,613.00** | **Unknown** |
| Account No. **1431928146** | | | | **Term Loan** | | | | | |
| **Wachovia Bank NA** **123 South Broad Street** **7th Floor - MBO Building** **Philadelphia, PA 19109** | | - | | | | | | | |
| | | | | Value $              **0.00** | | | | **508,333.00** | **Unknown** |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |

__0__ continuation sheets attached

|  | Subtotal (Total of this page) | **2,171,946.00** | **0.00** |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | **2,171,946.00** | **0.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                            Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re   **CDG Management, LLC**                            ,        Case No. _____

                                   Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                    **6**     continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                           Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re  **CDG Management, LLC**                                              ,     Case No. _____
                        Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Alabama Department of Revenue Income Tax Division P.O. Box 327460 Montgomery, AL 36132** | - | | | | | | 460.10 | 0.00 | 460.10 |
| Account No. <br><br> **Anderson County Trustee 100 N.Main Street - Room 203 Clinton, TN 37716** | - | | | | | | 639.24 | 0.00 | 639.24 |
| Account No. <br><br> **Cabell County Sheriff P.O. Box 2114 Huntington, WV 25721** | - | | | | | | 4,924.88 | 0.00 | 4,924.88 |
| Account No. <br><br> **City of Lynchburg P.O. Box 603 Lynchburg, VA 24505** | - | | | | | | 9,181.27 | 0.00 | 9,181.27 |
| Account No. <br><br> **City of Muskegon Treasurer's Office P.O. Box 536 Muskegon, MI 49443** | - | | | | | | 159.09 | 0.00 | 159.09 |

Sheet  **1**  of  **6**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | 0.00 | |
|---|---|---|
| 15,364.58 | | 15,364.58 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re   **CDG Management, LLC**                                              Case No. _____
                                   _____ ,
                                                  Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **City of Oak Ridge** **200 S. Tulane Avenue** **P.O. Box 1** **Oak Ridge, TN 37831** | - | | | | | | | 0.00 |
| | | | | | | | 1,022.05 | 1,022.05 |
| Account No. | | | | | | | | |
| **City of Tacoma** **P.O. Box 11640** | - | | | | | | | 0.00 |
| | | | | | | | 11.09 | 11.09 |
| Account No. | | | | | | | | |
| **City Treasurer** **P.O. Box 1023** **Martinsville, VA 24112** | - | | | | | | | 0.00 |
| | | | | | | | 1,131.82 | 1,131.82 |
| Account No. | | | | | | | | |
| **Commissioner of Taxation & Finance** **NYS Assessment Receivables** **General Post Office** **P.O. Box 26823** **New York, NY 10087** | - | | | | | | | 0.00 |
| | | | | | | | 122.46 | 122.46 |
| Account No. | | | | | | | | |
| **Commonwealth of Massachusetts** **One Ashburton Place** **Boston, MA 02108** | - | | | | | | | 0.00 |
| | | | | | | | 504.52 | 504.52 |

Sheet __2__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | 0.00 |
|---|---|
| 2,791.94 | 2,791.94 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re    **CDG Management, LLC**                                                    Case No. _____
_____,
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| **K.D. Merritt-Sheriff of Wood County P.O. Box 1985 Parkersburg, WV 26102** | - | | | | | | 1,450.41 | 0.00 | 1,450.41 |
| Account No. | | | | | | | | | |
| **Kanawha County Sheriff's Office 409 Virginia Street, Room 120 Charleston, WV 25301** | - | | | | | | 10,063.37 | 0.00 | 10,063.37 |
| Account No. | | | | | | | | | |
| **Kristeen Rose-Assessor Collector of Taxes Brazos County 300 E. William Joey Brynn Parkway Bryan, TX 77803** | - | | | | | | 565.54 | 0.00 | 565.54 |
| Account No. | | | | | | | | | |
| **Labette County Treasurer P.O. Box 388 Oswego, KS 67356** | - | | | | | | 2,985.49 | 0.00 | 2,985.49 |
| Account No. | | | | | | | | | |
| **Louisiana Dept. of Revenue P.O. Box 201 Baton Rouge, LA 70821** | - | | | | | | 10.25 | 0.00 | 10.25 |

Sheet  **3**  of  **6**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 0.00 |
(Total of this page) | 15,075.06 | 15,075.06 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **CDG Management, LLC**                                                     ,    Case No. _____
                                        Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| **Account No.** <br><br> **Nelda Wells Spears** <br> **Travis County Tax Collector** <br> **1010 Lavaca Street** <br> **Austin, TX 78767** | - | | | | | | <br><br> 3,001.36 | 0.00 <br><br> 3,001.36 |
| **Account No.** <br><br> **Ohio Treasurer of State** <br> **Department of Taxation** <br> **P.O. Box 16561** <br> **Columbus, OH 43216** | - | | | | | | <br><br> 11,136.45 | 0.00 <br><br> 11,136.45 |
| **Account No.** <br><br> **Pennsylvania Dept. of Revenue** <br> **535 Chestnut Street** <br> **Sunbury, PA 17801** | - | | | | | | <br><br> 30.00 | 0.00 <br><br> 30.00 |
| **Account No.** <br><br> **Rapides Parish Sheriff's Department** <br> **P.O. Box 1590** <br> **Alexandria, LA 71309** | - | | | | | | <br><br> 3,806.38 | 0.00 <br><br> 3,806.38 |
| **Account No.** <br><br> **Richland County Treasurer** <br> **P.O. Box 11947** <br> **Columbia, SC 29211** | - | | | | | | <br><br> 10,497.66 | 0.00 <br><br> 10,497.66 |

Sheet __4__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 28,471.85 | 28,471.85 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **CDG Management, LLC**                                    Case No. _____
                                        ,
                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Sheriff of Harrison County**<br>**301 West Main Street**<br>**Clarksburg, WV 26301** | - | | | | | | 3,758.30 | 0.00<br><br>3,758.30 |
| Account No.<br><br>**Sheriff of Monongalia County**<br>**243 High Street**<br>**Morgantown, WV 26505** | - | | | | | | 8,755.40 | 0.00<br><br>8,755.40 |
| Account No.<br><br>**State of California**<br>**Franchise Tax Department**<br>**P.O. Box 942857**<br>**Sacramento, CA 94257** | - | | | | | | 100.00 | 0.00<br><br>100.00 |
| Account No.<br><br>**State of New Jersey Department of Labor**<br>**Division of Revenue Processing**<br>**P.O. Box 929**<br>**Trenton, NJ 08646** | - | | | | | | 1,191.32 | 0.00<br><br>1,191.32 |
| Account No.<br><br>**State of Rhode Island and Providence Plantations**<br>**148 West River Street**<br>**Providence, RI 02904** | - | | | | | | 75.00 | 0.00<br><br>75.00 |

Sheet **5** of **6** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 13,880.02 | 13,880.02 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re  **CDG Management, LLC**                                    Case No. _____
                                         ,
                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Tennessee Departmnet of Revenue Andrew Jackson State Office Building 500 Deaderick Street Nashville, TN 37242** | - | | | | | | 790.00 | 0.00 | 790.00 |
| Account No. <br><br>**Washoe County Treasurer P.O. Box 30039 Reno, NV 89520** | - | | | | | | 650.21 | 0.00 | 650.21 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __6__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 1,440.21 | 0.00 <br> 1,440.21 |
| Total (Report on Summary of Schedules) | 77,023.66 | 0.00 <br> 77,023.66 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    **CDG Management, LLC** _____,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **24Hour Mobile Notary & Fingerprinting** <br> **2848 Arden Way, Suite 1010** <br> **Sacramento, CA 95825** | | - | | | | | 268.00 |
| Account No. <br><br> **ADP** <br> **P.O. Box 9001007** <br> **Louisville, KY 40290** | | | | | | | 17,151.59 |
| Account No. <br><br> **Aicco, Inc.** <br> **P.O. Box 9045** <br> **New York, NY 10087** | | - | | | | | 4,918.27 |
| Account No. <br><br> **Alabama Power** <br> **P.O. Box 242** <br> **Birmingham, AL 35292** | | - | | | | | 955.60 |
| __34__ continuation sheets attached | | | Subtotal <br> (Total of this page) | | | | 23,293.46 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    S/N:25940-091215    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **CDG Management, LLC**                                    ,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Allegheny Power**<br>**P.O. Box 2809**<br>**Hagerstown, MD 21741** | - | | | | | | | 2,878.30 |
| Account No.<br><br>**Allied Waste Service**<br>**4542 SE Loop 410**<br>**San Antonio, TX 78222** | - | | | | | | | 154.58 |
| Account No.<br><br>**Allied Waste Services #384**<br>**P.O. Box 9001099**<br>**Louisville, KY 40290** | - | | | | | | | 76.88 |
| Account No.<br><br>**Ameren IP**<br>**P.O. Box 66884**<br>**Saint Louis, MO 63166** | - | | | | | | | 2,076.29 |
| Account No.<br><br>**American Electric Power**<br>**Attn: Cash Management**<br>**420 Fourth Street, SW**<br>**Canton, OH 44701** | - | | | | | | | 7,576.74 |

Sheet no. __1__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,762.79

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **CDG Management, LLC**                                              ,          Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Anchor Computer, Inc. 1900 New Highway Farmingdale, NY 11735 | | - | | | | | 3,625.10 |
| Account No. | | | | | | | |
| Appalachian Power P.O. Box 24401 Canton, OH 44701 | | - | | | | | 6,278.62 |
| Account No. | | | | | | | |
| Arrowhead Division of Nestle Waters North America, Inc. P.O. Box 856158 Louisville, KY 40285 | | - | | | | | 137.63 |
| Account No. | | | | | | | |
| AT&T P.O. Box 8212 Aurora, IL 60572 | | - | | | | | 35,048.54 |
| Account No. | | | | | | | |
| AT&T P.O. Box 33009 Charlotte, NC 28243 | | - | | | | | 1,561.69 |

Sheet no. __2__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

46,651.58

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **CDG Management, LLC**                                              ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Atmos Energy P.O. Box 660064 Dallas, TX 75266 | - | | | | | | | 102.41 |
| Account No. | | | | | | | | |
| Austin Police Department Alarm Unit P.O. Box 684279 Austin, TX 78768 | - | | | | | | | 100.00 |
| Account No. | | | | | | | | |
| Bay State Gas P.O. Box 830014 Baltimore, MD 21283 | - | | | | | | | 484.94 |
| Account No. | | | | | | | | |
| Bluefield Gas Company P.O. Box 2407 Abingdon, VA 24212 | - | | | | | | | 3,154.04 |
| Account No. | | | | | | | | |
| Board of Water & Light P.O. Box 13007 Lansing, MI 48901 | - | | | | | | | 1,764.29 |

Sheet no. __3__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  5,605.68

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **CDG Management, LLC**                                             ,    Case No. _____
                                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Bowman's Locksmith Co., Inc. 1104 Church Street Lynchburg, VA 24504 | - | | | | | | | 66.11 |
| Account No. | | | | | | | | |
| Braman Pest Control P.O. Box 368 Springfield, MA 01101 | - | | | | | | | 285.00 |
| Account No. | | | | | | | | |
| BTU 205 East 28th Street Bryan, TX 77806 | - | | | | | | | 625.58 |
| Account No. | | | | Lawsuit - Breach of Lease | | | | |
| Buckeye Investments (TA Desert Crossing) 3210 S. Decatur Boulevard Las Vegas, NV 89103 | - | | | | X | X | | Unknown |
| Account No. | | | | | | | | |
| Buckeye Investments, LLC 4560 S. Decatur Boulevard Las Vegas, NV 89103 | - | | | | | | | 67,696.55 |

Sheet no. __4___ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **68,673.24**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **CDG Management, LLC**                                              ,      Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Bugman Pest Ellimination** **P.O. Box 1648** **Lexington, SC 29071** | - | | | | | | | 70.00 |
| Account No. | | | | | | | | |
| **Busy Bee Environmental Services, Inc.** **7826 Eastern Avenue, NW#503** **Washington, DC 20012** | - | | | | | | | 800.00 |
| Account No. | | | | | | | | |
| **Cable Property Group** **1900 Whippoorwill** **McAlester, OK 74501** | - | | | | | | | 686.35 |
| Account No. | | | | Copier Leases where lease termination costs are unknown | X | X | | |
| **Canon Financial Services** **158 Gaither Drive, Suite 200** **Mount Laurel, NJ 08054** | - | | | | | | | Unknown |
| Account No. | | | | | | | | |
| **Canon Financial Services** **158 Gaither Drive, Suite 200** **Mount Laurel, NJ 08054** | - | | | | | | | 42,990.04 |

| | | |
|---|---|---|
| Sheet no. __5__ of __34__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 44,546.39 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **CDG Management, LLC**                                          ,    Case No. _____
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Canton City Utilities** <br>**626 30th Street NW** <br>**Canton, OH 44709** | - | | | | | | 54.83 |
| Account No. <br><br>**Capital Cleaning Contractors, Inc.** <br>**P.O. Box 3063** <br>**Huntington Station, NY 11746** | - | | | | | | 34,489.91 |
| Account No. <br><br>**Carter Creek Center** <br>**c/o Clark-Isenhour CPM, LLC** <br>**3828 S, College Avenue** <br>**Bryan, TX 77801** | - | | | | | | 46,200.00 |
| Account No. <br><br>**Century Tei** <br>**P.O. Box 4300** | - | | | | | | 205.54 |
| Account No. <br><br>**Chubb Group of Insurance Companies** <br>**P.O. Box 7777** <br>**Philadelphia, PA 19175** | - | | | | | | 28,841.06 |

Sheet no. __6___ of __34___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

109,791.34

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **CDG Management, LLC**                                ,      Case No. _____

                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Cintas Corp #619**<br>**P.O. Box 1296**<br>**Conroe, TX 77305** | - | | | | | | 145.36 |
| Account No. <br><br>**Cintas Document Management**<br>**221 Evans Way, Suite D**<br>**Somerville, NJ 08876** | - | | | | | | 4,213.43 |
| Account No. <br><br>**CIT Technology Fin. Serv. Inc.**<br>**Attn: Customer Service**<br>**P.O. Box 550599**<br>**Jacksonville, FL 32255** | - | | | | | | 34,970.72 |
| Account No. <br><br>**CIT Technology Financing Services 1, LLC**<br>**P.O. Box 550599**<br>**Jacksonville, FL 32255** | - | | **Copier Leases where lease termination costs are unknown** | X | X | | Unknown |
| Account No. <br><br>**City of Alexandria Utility Department**<br>**P.O. Box 8618**<br>**Alexandria, LA 71306** | - | | | | | | 367.22 |

Sheet no. __7__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

39,696.73

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                             Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **CDG Management, LLC** _____,   Case No. _____

_____ Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | - | | | | | |
| City of Austin Utilities P.O. Box 630063 Austin, TX 78783 | | | | | | | 3,886.09 |
| Account No. | | - | | | | | |
| City of Goldsboro P.O. Box A Goldsboro, NC 27533 | | | | | | | 83.41 |
| Account No. | | - | | | | | |
| City of Modesto P.O. Box 3442 1010 10th Street, Suite 2100 Modesto, CA 95353 | | | | | | | 133.30 |
| Account No. | | - | | | | | |
| City of Montgomery 59 Monroe Street Montgomery, AL 36109 | | | | | | | 1,065.45 |
| Account No. | | - | | | | | |
| City of Pikeville 118 College Street Pikeville, KY 41501 | | | | | | | 233.62 |

Sheet no. __8__ of __34__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **5,401.87**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __**CDG Management, LLC**_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **City of Portsmouth** <br> **Department of Public Utilities** <br> **P.O. Box 1304** | - | | | | | | 160.20 |
| Account No. <br><br> **City of Sarasota** <br> **P.O. Box 1058** <br> **Sarasota, FL 34230** | - | | | | | | 53.61 |
| Account No. <br><br> **City of Wellsburg Public Utilities** <br> **70 Town Square** <br> **Wellsburg, WV 26070** | - | | | | | | 602.10 |
| Account No. <br><br> **City of Wellston** <br> **203 E. Broadway** <br> **Wellston, OH 45692** | - | | | | | | 828.03 |
| Account No. <br><br> **City Plumbing Heating & Supply Inc.** <br> **724 Charles Street** <br> **Wellsburg, WV 26070** | - | | | | | | 118.56 |

Sheet no. __9___ of __34___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,762.50

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **CDG Management, LLC**                                                          ,    Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Clark Isenhour CPM, LLC 3828 South College Avenue Bryan, TX 77801 | - | | | | | | | 128.73 |
| Account No. | | | | | | | | |
| Clean Brigade LLC 1152 Mae Street, Suite 186 Hummelstown, PA 17036 | - | | | | | | | 2,756.00 |
| Account No. | | | | | | | | |
| Cleco Power LLC P.O. Box 69000 Alexandria, LA 71306 | - | | | | | | | 1,258.67 |
| Account No. | | | | | | | | |
| Columbia Gas P.O. Box 830012 Baltimore, MD 21283 | - | | | | | | | 23.62 |
| Account No. | | | | | | | | |
| Columbia Gas of Ohio P.O. Box 2318 Columbus, OH 43216 | - | | | | | | | 415.38 |

Sheet no. __10__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,582.40

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **CDG Management, LLC**                                        ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Commtek Solutions Inc.** <br> **5511 Kendall Street** <br> **Boise, ID 83706** | - | | | | | | 200.00 |
| Account No. <br><br> **Condit Properties, LLC** <br> **150 DeBernardo Lane** <br> **Aptos, CA 95003** | - | | | | | | 47,000.00 |
| Account No. <br><br> **Consumers Energy** <br> **P.O. Box 30079** <br> **Lansing, MI 48937** | - | | | | | | 150.02 |
| Account No. <br><br> **Cooper Pest Solutions** <br> **351 Lawrence Station Road** <br> **Lawrence Township, NJ 08648** | - | | | | | | 108.20 |
| Account No. <br><br> **Copy Dynamics** <br> **105 Connecticut Drive** <br> **Burlington, NJ 08016** | - | | Copier Leases where lease termination costs are unknown | X | X | | Unknown |

| | | |
|---|---|---|
| Sheet no. __11__ of __34__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal <br> (Total of this page) | 47,458.22 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **CDG Management, LLC**                                                    ,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Lawsuit - Breach of Lease | | | | |
| Coral Reef TBC 4025 Stirrup Creek Durham, NC 27703 | - | | | X | X | | 210,000.00 |
| Account No. | | | | | | | |
| Corporation Service Company P.O. Box 13397 Philadelphia, PA 19101 | - | | | | | | 13,707.75 |
| Account No. | | | Lawsuit | | | | |
| County of Guadalupe, et al. 101 East Court Street, Suite 208 Seguin, TX 78155 | - | | | X | X | | Unknown |
| Account No. | | | | | | | |
| CWI of Kentucky P.O. Box 7003 Mayfield, KY 42066 | - | | | | | | 71.11 |
| Account No. | | | | | | | |
| D&M Inc P.O. Box 1639 Basalt, CO 81621 | - | | | | | | 114.65 |

Sheet no. __12__ of __34__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                223,893.51

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                           Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **CDG Management, LLC** ,                    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | **Lawsuit - Gender Discrimination** | | | | |
| **Daphne Hapney/James R. Fox 3359 Teays Valley Road Hurricane, WV 25526** | - | | | | X | X | | **Unknown** |
| Account No. | | | | | | | | |
| **Datacom Connections Inc. 2837 PS Business Center Woodbridge, VA 22192** | - | | | | | | | **125.00** |
| Account No. | | | | | | | | |
| **DCR Landscaping & Construction, Inc. P.O. Box 4195 Metuchen, NJ 08840** | - | | | | | | | **3,389.76** |
| Account No. | | | | | | | | |
| **Dell Financing 4284 Collections Center Drive Chicago, IL 60693** | - | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Digital Telecommunications Corp. 7733 Lemona Avenue Van Nuys, CA 91405** | - | | | | | | | **393.35** |

Sheet no. __13__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **3,908.11**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **CDG Management, LLC**                                    ,    Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Directv**<br>**P.O. Box 60036**<br>**Los Angeles, CA 90060** | | - | | | | | | 6.67 |
| Account No.<br><br>**Dominion Hope**<br>**P.O. Box 79740**<br>**Baltimore, MD 21279** | | - | | | | | | 312.00 |
| Account No.<br><br>**DS Waters of America, Inc.**<br>**5660 New Northside Drive, Suite 500**<br>**Atlanta, GA 30328** | | - | | | | | | 2,548.84 |
| Account No.<br><br>**Duke Power**<br>**P.O. Box 70516**<br>**Charlotte, NC 28272** | | - | | | | | | 974.52 |
| Account No.<br><br>**Dunbar Sanitarv Board**<br>**P.O. Box 97**<br>**Dunbar, WV 25064** | | - | | | | | | 27.09 |

Sheet no. __**14**__ of __**34**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,869.12

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __CDG Management, LLC_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Embarq** **P.O. Box 96028** **Charlotte, NC 28296** | - | | | | | | 51.00 |
| Account No. | | | Data Storage Disk Service / Support Total Amount Due: Unknown | | | | |
| **EMC Corp.** **176 South Street** **Hopkinton, MA 01748** | - | | | X | X | | 18,070.52 |
| Account No. | | | | | | | |
| **Emmon Enterprises Inc.** **d/b/a Jani-King** **122 West Pine Street** **Ponchatoula, LA 70454** | - | | | | | | 1,850.00 |
| Account No. | | | Accounting Software | | | | |
| **Epicor Software Corporation** **Worldwide Headquarters** **18200 Von Karman Avenue, Suite 1000** **Irvine, CA 92612** | - | | | | | | 11,834.19 |
| Account No. | | | | | | | |
| **Executive Building Maintenance** **P.O. Box 783** **Sparks, NV 89432** | - | | | | | | 1,637.00 |

Sheet no. __15__ of __34__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          33,442.71

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **CDG Management, LLC**                                                  ,      Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.  Executive Cleaning Service, Inc. 1605 Ruddell Road SE Lacey, WA 98503 | - | | | | | | | 1,726.00 |
| Account No.  Federal Trade Commission 50 Walnut Street Newark, NJ 07101 | - | | | Final resolution of the litigation is expected to be approved by the Federal Trade Commission and the Court.  CDG Management, LLC is subject to the settlement agreement. | X | X | | Unknown |
| Account No.  Florida Power & Light Company General Mills Facility Miami, FL 33188 | - | | | | | | | 894.87 |
| Account No.  Frontier P.O. Box 42486 Philadelphia, PA 19101 | - | | | | | | | 75.70 |
| Account No.  GE Capital P.O. Box 642111 Pittsburgh, PA 15264 | - | | | Copier Leases where lease termination costs are unknown | X | X | | Unknown |

Sheet no. __16__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,696.57

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __**CDG Management, LLC**_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **GO Maintenance** **918 N. Orchard** **Boise, ID 83706** | - | | | | | | | 670.00 |
| Account No. | | | | | | | | |
| **Great Plants, Inc.** **4791 SW 83rd Terrace** **Fort Lauderdale, FL 33328** | - | | | | | | | 206.17 |
| Account No. | | | | **Lawsuit - Breach of Lease** | | | | |
| **Guardian Fund** **6000 Executive Boulevard** **Rockville, MD 20852** | - | | | | X | X | | 502,422.00 |
| Account No. | | | | | | | | |
| **HVAC Precision Services, Inc.** **7610 Lindbergh Drive** **Gaithersburg, MD 20879** | - | | | | | | | 725.00 |
| Account No. | | | | | | | | |
| **IESI Alexandria Hauling** **1515 England Drive** **Alexandria, LA 71303** | - | | | | | | | 28.32 |

Sheet no. __**17**__ of __**34**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    504,051.49

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **CDG Management, LLC**                                                    ,        Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Iron Mountain P.O. Box 27128 New York, NY 10087 | - | | | | | | | |
| | | | | | | | | 22,347.08 |
| Account No. | | | | | | | | |
| Jani King of Columbia 5000 Thurmond Mall, Suite 110 Columbia, SC 29201 | - | | | | | | | |
| | | | | | | | | 1,096.30 |
| Account No. | | | | | | | | |
| Jani-King of Colorado, Inc. 9000 E. Chenango Avenue, Suite 102 Englewood, CO 80111 | - | | | | | | | |
| | | | | | | | | 535.72 |
| Account No. | | | | | | | | |
| Janitorial Masters Inc. P.O. Box 36845 Canton, OH 44735 | - | | | | | | | |
| | | | | | | | | 2,240.77 |
| Account No. | | | | | | | | |
| JCP&L P.O. Box 203 Red Bank, NJ 07709 | - | | | | | | | |
| | | | | | | | | 582.22 |

Sheet no. __18__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

26,802.09

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __CDG Management, LLC_____,          Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **8002268090** | | | | | **Alarm Monitoring Agreement** | | | | |
| **Jersey Shore Communications & Alarm Systems, Inc.** **P.O. Box 106** **Oceanport, NJ 07757** | | - | | | | | | | 21,346.50 |
| Account No. | | | | | | | | | |
| **Jersey Shore Communications & Alarm Systems, Inc.** **P.O. Box 106** **Oceanport, NJ 07757** | | - | | | | | | | 963.00 |
| Account No. | | | | | | | | | |
| **Katz, Kantor & Perkins LLC** **307 Federal Street, 5th Floor** **P.O. Box 727** **Bluefield, WV 24701** | | - | | | | | | | 783.00 |
| Account No. | | | | | **Copier Leases where lease termination costs are unknown** | | | | |
| **Konica Minolta Danka Imaging** **4388 Collections Center Drive** **Chicago, IL 60693** | | - | | | | X | X | | **Unknown** |
| Account No. | | | | | | | | | |
| **Konica Minolta Danka Imaging** **4388 Collections Center Drive** **Chicago, IL 60693** | | - | | | | | | | 405.00 |

Sheet no. _**19**_ of _**34**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  23,497.50

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **CDG Management, LLC**                                    ,     Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Judgment | | | | |
| Liberty Property LP 777 Yamato Road Boca Raton, FL 33431 | - | | | | | | | 177,754.00 |
| Account No. | | | | | | | | |
| Manley Mechanical 3810 Shearwater Drive Reno, NV 89508 | - | | | | | | | 185.00 |
| Account No. | | | | | | | | |
| Marudas 20 Yorkton Court Saint Paul, MN 55117 | - | | | | | | | 29,678.33 |
| Account No. | | | | | | | | |
| Mayfield Electric & Water Systems P.O. Box 347 Mayfield, KY 42066 | - | | | | | | | 1,594.69 |
| Account No. | | | | | | | | |
| Mississippi Power P.O. Box 245 Birmingham, AL 35201 | - | | | | | | | 1,004.78 |

Sheet no. __20__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

210,216.80

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **CDG Management, LLC**                                              ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| **Modesto Irrigation District** **P.O. Box 55355** **Modesto, CA 95352** | - | | | | | | | | 1,941.23 |
| Account No. | | | | | | | | | |
| **Mountaineer Gas** **800 Cabin Hill Drive** **Greensburg, PA 15606** | - | | | | | | | | 275.77 |
| Account No. | | | | | | | | | |
| **Murphy Rosen & Meylan** **100 Wilshire Boulevard, Suite 1300** **Santa Monica, CA 90401** | - | | | | | | | | 12,586.41 |
| Account No. | | | | | | | | | |
| **National Grid** **300 Erie Boulevard West** **Syracuse, NY 13252** | - | | | | | | | | 9,066.79 |
| Account No. | | | | | | | | | |
| **Nevada Power Company** **P.O. Box 30086** **Reno, NV 89520** | - | | | | | | | | 87.59 |

| | | |
|---|---|---|
| Sheet no. __21__ of __34__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 23,957.79 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **CDG Management, LLC**                                    ,      Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| New Jersey Natural Gas P.O. Box 1378 Belmar, NJ 07715 | - | | | | | | 898.74 |
| Account No. | | | | | | | |
| NSTAR P.O. Box 4508 Woburn, MA 01888 | - | | | | | | 91.52 |
| Account No. | | | | | | | |
| NV Energy P.O. Box 30065 Reno, NV 89520 | - | | | | | | 503.91 |
| Account No. | | | | | | | |
| Oak Ridge Utility District 120 S. Jefferson Circle P.O. Box 4189 Oak Ridge, TN 37831 | - | | | | | | 201.21 |
| Account No. | | | | | | | |
| Office Depot Dept. 56-4202279971 P.O. Box 30292 Salt Lake City, UT 84130 | - | | | | | | 509.64 |

Sheet no. __22__ of __34__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **2,205.02**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **CDG Management, LLC**                                    ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **OG&E P.O. Box 24990 Oklahoma City, OK 73125** | | - | | | | | | 1,008.95 |
| Account No. | | | | | | | | |
| **Oklahoma Natural Gas Dept 1234 Tulsa, OK 74186** | | - | | | | | | 115.51 |
| Account No. | | | | | | | | |
| **Oracle Corporation P.O. Box 71028 Chicago, IL 60694** | | - | | | | | | 19,788.54 |
| Account No. | | | | Service and Support Contract | | | | |
| **Oracle Credit Corporation P.O. Box 71028 Chicago, IL 60694** | | - | | | | | | 66,807.47 |
| Account No. | | | | | | | | |
| **Orkin Exterminating Co., Inc. P.O. Box 1504 Atlanta, GA 30301** | | - | | | | | | 41.34 |

Sheet no. __23__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                              87,761.81

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **CDG Management, LLC** _____ ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Parkersburg Utility Board** <br> P.O. Box 1629 <br> Parkersburg, WV 26102 | | - | | | | | 231.55 |
| Account No. <br><br> **PDEC** <br> 2101 Atlantic Avenue <br> Manasquan, NJ 08736 | | - | | | | | 30,249.70 |
| Account No. <br><br> **Peachtree Data Inc.** <br> 2905 Premiere Parkway, Suite 200 <br> Duluth, GA 30097 | | - | | | | | 322.67 |
| Account No. <br><br> **Pennsylvania American Water** <br> P.O. Box 371412 <br> Pittsburgh, PA 15250 | | - | | | | | 167.04 |
| Account No. <br><br> **PG&E** <br> P.O. Box 997300 <br> Sacramento, CA 95899 | | - | | | | | 46.23 |

Sheet no. __24__ of __34__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **31,017.19**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __**CDG Management, LLC**_____ ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Piedmont Natural Gas P.O. Box 70904 Charlotte, NC 28272 | - | | | | | | | 629.02 |
| Account No. | | | | | | | | |
| Pitney Bowes Inc. P.O. Box 856390 Louisville, KY 40285 | - | | | | | | | 299.60 |
| Account No. | | | | | | | | |
| PNC Energy P.O. Box 100256 Edison, NJ 08837 | - | | | | | | | 239.34 |
| Account No. | | | | | | | | |
| Progress Energy P.O. Box 2041 Raleigh, NC 27601 | - | | | | | | | 2,025.82 |
| Account No. | | | | | | | | |
| PSE&G P.O. Box 1444 New Brunswick, NJ 08906 | - | | | | | | | 2,691.06 |

Sheet no. __**25**__ of __**34**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **5,884.84**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **CDG Management, LLC**                                               ,          Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Puget Sound Energy** **P.O. Box 91269** **Bellevue, WA 98009** | - | | | | | | 1,344.29 |
| Account No. | | | | | | | |
| **Qwest** **P.O. Box 29060** **Phoenix, AZ 85038** | - | | | | | | 1,093.41 |
| Account No. | | | | | | | |
| **Qwest/LCI** **P.O. Box 856169** **Louisville, KY 40285** | - | | | | | | 240,488.64 |
| Account No. | | | Lawsuit - Breach of Lease | | | | |
| **Richard Chinn** **575 Oak Ridge Turnpike** **Oak Ridge, TN 37830** | - | | | X | X | | 169,714.00 |
| Account No. | | | | | | | |
| **SEC&G** **P.O. Box 100255** **Columbia, SC 29202** | - | | | | | | 183.70 |

Sheet no. __26__ of __34__ sheets attached to Schedule of                                       Subtotal
Creditors Holding Unsecured Nonpriority Claims                                          (Total of this page)                412,824.04

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **CDG Management, LLC** _____ ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| SecureWorks Inc. P.O. Box 534583 Atlanta, GA 30353 | - | | | | | | | 2,193.57 |
| Account No. | | | | | | | | |
| Shred Innovations Inc. P.O. Box 2894 Pikeville, KY 41502 | - | | | | | | | 150.00 |
| Account No. | | | | | | | | |
| Sierra Pacific Reno Sparks P.O. Box 10100 6100 Neil Road Reno, NV 89520 | - | | | | | | | 496.71 |
| Account No. | | | | Lawsuit - Civil Complaint | | | | |
| SLoan's Department Stores, Inc. One Stewart Plaza, Suite 1 Dunbar, WV 25064 | - | | | | X | X | | 2,000.00 |
| Account No. | | | | | | | | |
| SMS Systems Maintenance Svcs Inc. 14416 Collections Center Drive Chicago, IL 60693 | - | | | | | | | 3,896.94 |

Sheet no. __27__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,737.22

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **CDG Management, LLC**                                        ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Lawsuit - Breach of Lease | | | | |
| **South of James**<br>**828 Main Street, 19th Floor**<br>**Lynchburg, VA 24505** | - | | | | X | X | | 81,000.00 |
| Account No. | | | | Hosted PBX and Voice Services | | | | |
| **Stage 2 Networks**<br>**70 West 40th Street, 7th Floor**<br>**New York, NY 10018** | - | | | | | | | 305,880.00 |
| Account No. | | | | | | | | |
| **Stage 2 Networks, LLC**<br>**70 West 40th Street, 7th Floor**<br>**New York, NY 10018** | - | | | | | | | 13,634.35 |
| Account No. | | | | | | | | |
| **Stanley's Florist Shops**<br>**P.O. Box 4047**<br>**Dunellen, NJ 08812** | - | | | | | | | 68.93 |
| Account No. | | | | | | | | |
| **Staples Advantage**<br>**P.O. Box 71217**<br>**Chicago, IL 60694** | - | | | | | | | 4,637.28 |

Sheet no. __28__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

405,220.56

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **CDG Management, LLC**                                          ,          Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Staples Print Solutions P.O. Box 95015 Chicago, IL 60694** | - | | | | | | 6,765.30 |
| Account No. | | | | | | | |
| **Steve Bailey 28 Branch Drive Parkersburg, WV 26101** | - | | | | | | 125.56 |
| Account No. | | | | | | | |
| **Sunshine Cleaning Systems, Inc. P.O. Box 24466 Fort Lauderdale, FL 33307** | - | | | | | | 3,585.98 |
| Account No. | | | Lawsuit - Civil Complanit | | | | |
| **T.W. McComas Sheriff of Cabell County Cabell County Courthouse 750 5th Avenue Huntington, WV 25701** | - | | | X | X | | 3,352.57 |
| Account No. | | | | | | | |
| **TantaComm LLC 1600 Aspen Commons, Suite 520 Middleton, WI 53562** | - | | | | | | 4,500.00 |

Sheet no. __29__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)               **18,329.41**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **CDG Management, LLC** _____ ,    Case No. _____
                                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Thermal Services of NJ Inc.** <br> **P.O. Box 6554** <br> **Edison, NJ 08818** | - | | | | | | 1,030.67 |
| Account No. <br><br> **Township of Ocean** <br> **399 Monmouth Road** <br> **Oakhurst, NJ 07755** | - | | | | | | 25.00 |
| Account No. <br><br> **Treasure Valley Coffee** <br> **11875 President Drive** <br> **Boise, ID 83709** | - | | | | | | 50.88 |
| Account No. <br><br> **UPS** <br> **P.O. Box 505820** <br> **The Lakes, NV 88905** | - | | | | | | 33,970.96 |
| Account No. <br><br> **Verizon** <br> **P.O. Box 4833** <br> **Trenton, NJ 08650** | - | | | | | | 2,830.37 |

Sheet no. __30__ of __34__ sheets attached to Schedule of          Subtotal          37,907.88
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **CDG Management, LLC**                                         ,        Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Verizon P.O. Box 17398 Baltimore, MD 21297 | | - | | | | | 1,662.85 |
| Account No. | | | | | | | |
| Verizon P.O. Box 15124 Albany, NY 12212 | | - | | | | | 132.15 |
| Account No. | | | | | | | |
| Verizon North P.O. Box 9688 Mission Hills, CA 91346 | | - | | | | | 139.61 |
| Account No. | | | | | | | |
| Verizon Southwest P.O. Box 31122 Tampa, FL 33631 | | - | | | | | 1,762.65 |
| Account No. | | | | | | | |
| Vital Records Inc. P.O. Box 688 Flagtown, NJ 08821 | | - | | | | | 8,510.18 |

Sheet no. __31__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                     **12,207.44**

B6F (Official Form 6F) (12/07) - Cont.

In re    **CDG Management, LLC**                                         ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| Washington Gas P.O. Box 830036 Baltimore, MD 21283 | | - | | | | | | | 238.03 |
| Account No. | | | | | | | | | |
| Waste Management P.O. Box 1364 Corbin, KY 40702 | | - | | | | | | | 684.80 |
| Account No. | | | | | | | | | |
| Waste Management of Maryland P.O. Box 830003 Baltimore, MD 21283 | | - | | | | | | | 101.34 |
| Account No. | | | | | | | | | |
| Waste Management of Rhode Island P.O. Box 830003 Baltimore, MD 21283 | | - | | | | | | | 37.70 |
| Account No. | | | | | | | | | |
| Waste Management of Texas Inc. P.O. Box 78251 Phoenix, AZ 85062 | | - | | | | | | | 145.43 |

Sheet no. __32__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **1,207.30**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **CDG Management, LLC**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Waste Management of Topeka P.O. Box 9001054 Louisville, KY 40290 | - | | | | | | | 267.48 |
| Account No. | | | | Lawsuit - Breach of Lease | | | | |
| West Gate 2531 Center West Parkway Augusta, GA 30901 | - | | | | X | X | | 45,000.00 |
| Account No. | | | | | | | | |
| WEWJA P.O. Box 510 Washington, PA 15301 | - | | | | | | | 84.42 |
| Account No. | | | | | | | | |
| Wilentz Goldman Spitzer P.A. 90 Woodbridge Center, Suite 900 Woodbridge, NJ 07095 | - | | | | | | | 252.00 |
| Account No. | | | | | | | | |
| Winans Sanitary Supply P.O. Box Drawer E Parkersburg, WV 26102 | - | | | | | | | 2,270.15 |

Sheet no. __33__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        47,874.05

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **CDG Management, LLC**                                                          ,        Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **WW American Water Co. P.O. Box 70824 Charlotte, NC 28272** | - | | | | | | | 166.66 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __34__ of __34__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 166.66 |
| | Total (Report on Summary of Schedules) | 2,537,905.31 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                               Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re   **CDG Management, LLC**                                          ,   Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| 85 Green Street Realty Trust<br>P.O. Box 55<br>Worcester, MA 01613 | Property Location:<br>81 Lafayette Street<br>Worcester, MA 01613 |
| Brazos Valley Affordable Housing Corp.<br>d/b/a Carter Creek<br>4001 East 29th Street, Suite 85<br>Bryan, TX 77801 | Property Location:<br>4001 East 29th Street, Suite 85<br>Bryan, TX 77802 |
| Bryce Properties, LLC<br>297 River Street<br>Troy, NY 12180 | Property Location:<br>Troy Atrium<br>49 Fourth Street, 2nd Floor<br>Troy, NY 12180 |
| Buckeye Investments<br>4560 S. Decatur<br>Las Vegas, NV 89103 | Property Location:<br>3210 South Decatur Boulevard<br>Las Vegas, NV 89133 |
| Canon Financial Services<br>158 Gaither Drive, Suite 200<br>Mount Laurel, NJ 08054 | Copier Lease |
| Cencor Realty Services<br>101 West 6th Street, Suite 300<br>Austin, TX 78701 | Property Location:<br>5451D North IH-35<br>Austin, TX 78723 |
| CIT Technology Financing Services 1, LLC<br>P.O. Box 550599<br>Jacksonville, FL 32255 | Copier Lease |
| City of Wellston<br>203 E. Broadway<br>Wellston, OH 45692 | Property Location:<br>722 East Tenth Street<br>Wellston, OH 45692 |
| City Salvage, Inc.<br>P.O. Box 6524<br>Laurel, MS 39441 | Property Location:<br>2139 Mississippi Highway 15 North<br>Laurel, MS 39441 |
| CMB II LLC<br>c/o Dimension Financial & Realty<br>and Investments, Inc.<br>2920 E. Camelbaclk Road, Suite 200<br>Phoenix, AZ 85016 | Property Location:<br>Metro North Corporate Park<br>13450 N. Black Canyon Highway, Suite 162<br>Phoenix, AZ 85029 |
| Condit Properties LLC<br>150 DeBernardo Lane<br>Aptos, CA 95003 | Property Location:<br>4660 Spyres Way<br>Modesto, CA 95356 |

**3**

____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **CDG Management, LLC**

                                        ,   Case No. _____

                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Copy Dynamics**<br>**105 Connecticut Drive**<br>**Burlington, NJ 08016** | **Copier Lease** |
| **Coral Reef TBC LLC**<br>**2100 West 76th Street, Suite 401**<br>**Hialeah, FL 33016** | **Property Location:**<br>**4025 Stirrup Creek Drive, Suite 100**<br>**Durham, NC 27703** |
| **Del Paso Properties Ltd.**<br>**4005 Manzarita Avenue, Suite PMB242**<br>**Carmichael, CA 95608** | **Property Location:**<br>**1215 Del Paso Boulevard**<br>**Sacramento, CA 95815** |
| **Dell Financing**<br>**4284 Collections Center Drive**<br>**Chicago, IL 60693** | |
| **Downtown Investment Corp.**<br>**806 Charles Street**<br>**Wellsburg, WV 26070** | **Property Location:**<br>**704 Charles Street**<br>**Wellsburg, WV 26070** |
| **EMC**<br>**4246 Collections Center Drive**<br>**Chicago, IL 60693** | **Date Storage Disk Service/Support Contract** |
| **Epicor Software Corporation**<br>**18200 Von Karman Avenue, Suite 1000**<br>**Irvine, CA 92612** | **Accounting System Service and Support Contract** |
| **First Industrial Pennsylvania LP**<br>**P.O. Box 33054**<br>**Newark, NJ 07188** | **Property Location:**<br>**Logan Square Plaza**<br>**3222 Martin Luther King Boulevard, Suite 41B**<br>**Lansing, MI 48911** |
| **GE Capital**<br>**P.O. Box 642111**<br>**Pittsburgh, PA 15264** | **Copier Lease** |
| **Geovan II, LLC**<br>**c/o Coilliers International REMS**<br>**601 SW 2nd Avenue, Suite 1950**<br>**Portland, OR 97204** | **Property Location:**<br>**Lacey Market Square**<br>**2302 Harrison Avenue, NW**<br>**Suites 205 & 206**<br>**Olympia, WA 98501** |
| **Guardian Realty Management, Inc.**<br>**6000 Executive Boulevard, Suite 400**<br>**Rockville, MD 20852** | **Property Location:**<br>**1200 Mercantile Lane, Suite 107**<br>**Largo, MD 20774** |
| **H. Thomas Corrie**<br>**950 Kanawha Boulevard East, 4th Floor**<br>**Charleston, WV 25301** | **Property Location:**<br>**903 Division Street**<br>**Parkersburg, WV 26101** |

Sheet   **1**   of   **3**   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re  **CDG Management, LLC**                                                  , Case No. _____

                                           Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Interstate Park Holdings, LLC**<br>**8147 Solutions Center**<br>**Chicago, IL 60677** | **Property Location:**<br>**100 Interstate Park Drive, Suite 103**<br>**Montgomery, AL 36109** |
| **James River Conference**<br>**400 Court Street**<br>**Lynchburg, VA 24504** | **Property Location:**<br>**301 5th Street**<br>**Lynchburg, VA 25404** |
| **Jersey Shore Communications**<br>**& Alarm Systems**<br>**P.O. Box 106**<br>**Oceanport, NJ 07757** | **Alarm Systems Nationwide Contract** |
| **Joseph Barker Enterprises**<br>**250 Pomeroy Avenue**<br>**Meriden, CT 06450** | **Property Location:**<br>**210 Pomeroy Avenue**<br>**Meriden, CT 06450** |
| **Konica Minolta Danka Imaging**<br>**4388 Collections Center Drive**<br>**Chicago, IL 60693** | **Copier Lease** |
| **LA Corporate Center, LLC**<br>**c/o Cabi Developers CA**<br>**P.O. Box 79562**<br>**City of Industry, CA 91716** | **Property Location:**<br>**1255 Corporate Drive, Suite 100**<br>**Monterety Park, CA 91754** |
| **Larry Douglas/Patricia Douglas**<br>**627 Quail Drive**<br>**Bluefield, VA 24605** | **Property Location:**<br>**205 North Street**<br>**Bluefield, WV 24701** |
| **Liberty Property Limited Partnership**<br>**P.O. Box 828438**<br>**Philadelphia, PA 19182** | **Property Location:**<br>**200 West Cypress Creek Road, Suite 350**<br>**Fort Lauderdale, FL 33309** |
| **Lowell W. Cable**<br>**Cable Property Group**<br>**1900 Whippoorwill Avenue**<br>**McAlester, OK 74501** | **Property Location:**<br>**300 W. Shawnee Street**<br>**Muskogee, OK 74401** |
| **M&F Investments, LLC**<br>**7500 S. Memorial Parkway**<br>**Huntsville, AL 35802** | **Property Location:**<br>**1102 Paris Road, Suite 15**<br>**Mayfield, KY 42066** |
| **McCarrelles Potts Partnership**<br>**947 Allison Avenue**<br>**Washington, PA 15301** | **Property Location:**<br>**825 Henderson Avenue**<br>**Washington, PA 15301** |
| **Mullins Investments LLC**<br>**8867 Green Street**<br>**Wheelersburg, OH 45694** | **Property Location:**<br>**1619 Chillicothe Street**<br>**Portsmouth, OH 45662** |

Sheet  __2__  of  __3__  continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **CDG Management, LLC**               ,    Case No. _____

                               Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Oracle Credit Corporation**<br>**P.O. Box 71028**<br>**Chicago, IL 60694** | **Service and Support Contract** |
| **R&R Development & Rental Properties**<br>**575 Oak Ridge Turnpike, Suite 201**<br>**Oak Ridge, TN 37830** | **Property Location:**<br>**17 Midway Lane**<br>**Oak Ridge, TN 37830** |
| **Reno Investor, LLC**<br>**Dept. #33982**<br>**P.O. Box 39000**<br>**San Francisco, CA 94139** | **Property Location:**<br>**Magnolia Commerce Center**<br>**1150 Financial Boulveard, #500-600**<br>**Reno, NV 89502** |
| **Roy S. Ormsbee**<br>**P.O. Box 8137**<br>**Cleveland Avenue, NW**<br>**Canton, OH 44709** | **Property Location:**<br>**4626 Cleveland Avenue, SW**<br>**Canton, OH 44709** |
| **S.A.I Management, Inc.**<br>**P.O. Box 34876**<br>**Newark, NJ 07189** | **Property Lcoation:**<br>**425 Raritan Center Parkway**<br>**Rairitan Center**<br>**Edison, NJ 08837** |
| **Sloan's Department Stores Inc.**<br>**One Stewart Plaza, Suite 1**<br>**P.O. Box 970**<br>**Dunbar, WV 25064** | **Property Location:**<br>**One Stewart Plaza, Suite 1**<br>**Dunbar, WV 25064** |
| **Stage 2 Networks**<br>**70 West 40th Street, 7th Floor**<br>**New York, NY 10018** | **Hosted PBX and Voice Services Contract** |
| **Tatman Family, LLC**<br>**3103 Tatman Court, Suite 104**<br>**Urbana, IL 61802** | **Property Location:**<br>**1808 South Philo Road, Suite 100**<br>**Urbana, IL 61802** |
| **Thomas Huffman/Debra Huffman**<br>**P.O. Box 2439**<br>**Pikeville, KY 41502** | **Property Location:**<br>**184 South Mayo Trail**<br>**Pikeville, KY 415101** |
| **Triangle Fidelco**<br>**Industrial Center**<br>**501 Watchung Avenue**<br>**Watchung, NJ 07069** | **Preoperty Location:**<br>**625 Jersey Avenue**<br>**New Brunswick, NJ 08901** |
| **Westgate Center**<br>**c/o Blanchard & Calhoun Commerical Corp.**<br>**2743 Perimeter Parkway**<br>**Building 100, Suite 370**<br>**Augusta, GA 30901** | **Property Location:**<br>**2531 Center West Parkway**<br>**Augusta, GA 30909** |

Sheet  **3**  of  **3**  continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6H (Official Form 6H) (12/07)

.

In re    **CDG Management, LLC**                                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Civic Development Group, LLC**<br>**425 Raritan Center Parkway, Suite A**<br>**Edison, NJ 08837** | **Wachovia Bank NA**<br>**123 South Broad Street**<br>**7th Floor - MBO Building**<br>**Philadelphia, PA 19109** |
| **Fundraising Processing Center, LLC**<br>**425 Raritan Center Parkway, Suite A**<br>**Edison, NJ 08837** | **Wachovia Bank NA**<br>**123 South Broad Street**<br>**7th Floor - MBO Building**<br>**Philadelphia, PA 19109** |
| **Millennium Teleservices, LLC**<br>**425 Raritan Center Parkway, Suite A**<br>**Edison, NJ 08837** | **Wachovia Bank NA**<br>**123 South Broad Street**<br>**7th Floor - MBO Building**<br>**Philadelphia, PA 19109** |
| **MTSC Management, Inc.**<br>**425 Raritan Center Parkway, Suite A**<br>**Edison, NJ 08837** | **Wachovia Bank NA**<br>**123 South Broad Street**<br>**7th Floor - MBO Building**<br>**Philadelphia, PA 19109** |
| **National Fundraising Consultants, LLC**<br>**425 Raritan Center Parkway, Suite A**<br>**Edison, NJ 08837** | **Wachovia Bank NA**<br>**123 South Broad Street**<br>**7th Floor - MBO Building**<br>**Philadelphia, PA 19109** |
| **National Pharmacy Discounts, LLC**<br>**425 Raritan Center Parkway, Suite A**<br>**Edison, NJ 08837** | **Wachovia Bank NA**<br>**123 South Broad Street**<br>**7th Floor - MBO Building**<br>**Philadelphia, PA 19109** |
| **SPDK, LLC**<br>**425 Raritan Center Parkway, Suite A**<br>**Edison, NJ 08837** | **Wachovia Bank NA**<br>**123 South Broad Street**<br>**7th Floor - MBO Building**<br>**Philadelphia, PA 19109** |

**0**
____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

**B6 Declaration (Official Form 6 - Declaration). (12/07)**

# United States Bankruptcy Court
### District of New Jersey

In re **CDG Management, LLC**                                              Case No. _____
                                                            _____
                                      Debtor(s)            Chapter      **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**57**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **March  1, 2010**_____            Signature    **/s/ Scott Pasch**_____
                                                            **Scott Pasch**
                                                            **President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## District of New Jersey

In re   **CDG Management, LLC**                                     Case No.

                                               Debtor(s)              Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$64,722,951.00** | **2008: Business Income** |
| **$55,755,682.00** | **2009: Business Income** |
| **$732,492.00** | **2010: Business Income** |

2

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                          SOURCE

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **SEE EXHIBIT "A" ATTACHED HERETO** | | **$0.00** | **$0.00** |

None
■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **South of the James v. CDG Management, LLC Docket Number: CL09004146-00** | **Breach of Lease** | **City of Lynchburg Circuit Court 900 Court Street Lynchburg, VA 24505** | **Discovery** |
| **Coral Reef TBC v. CDG Management, LLC Docket Number: 09-CVS-18580** | **Breach of Lease** | **Wake County Courthouse 316 Fayetteville Street Mall Raleigh, NC 27602** | **Discovery** |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **West Gate v. CDG Management, LLC Docket Number: 2009RCSC1326** | **Breach of Lease** | **Richmond County Court House 530 Greene Street Augusta, GA 30901** | **Discovery** |
| **TA Desert Crossing v. CDG Management, LLC Docket Number: A-09-595997CXVI** | **Breach of Lease** | **District Court of Clark County 200 Lewis Avenue Las Vegas, NV 89155** | **Default on settlement payment** |
| **Richard Chinn v. CDG Management, LLC Docket Number: A9LA0270** | **Breach of Lease** | **7th Judicial District Court Anderson County, Tennessee 100 Main Street Clinton, TN 37716** | **Discovery** |
| **Guardian Fund v. CDG Management, LLC Docket Number: CAL09-26343** | **Breach of Lease** | **Circuit Court for Prince George's County 14735 Main Street Upper Marlboro, MD 20772** | **Discovery** |
| **Daphne Hapney/James R. Fox v. CDG Management, LLC, and Civic Development Group, LLC Docket Number: 09-C-968** | **Employment Discrimination** | **County of Kanawha Circuit Court 111 Court Street Charleston, WV 25301** | **Discovery** |
| **Liberty Property LP Docket Number: 09031100** | **Breach of lease** | **Broward County Courthouse 17th Judicial Circuit Florida 201 S.E. 6th Street Fort Lauderdale, FL 33301** | **Date of Judgment: 09/22/09 - Amount $177,754.00** |
| **T.W. McComos, Sheriff of Cabell County v. CDG Management, L.L.C. Docket Number: 10C-116** | **Property Tax** | **Cambell County Magistrate Court 750 Fifth Avenue Huntington, WV 25710** | **Open** |
| **SLoan's Department Stores, Inc. v. CDG Management, LLC Docket Number: 10-C-300** | **Breach of Lease** | **Kanawha County Magistrate 111 Court St., Suite 3 Charleston, WV 25301** | **Open** |
| **County of Guadalupe, et al. v. CDG Management, LLC Docket Number: 09-2229** | **Lawsuit** | **County of Guadalupe 101 East Court Street, Suite 208 Seguin, TX 78155** | **Open** |
| **Federal Tade Commission v. Civic Development Group, LLC, et al. Docket Number: 2:07-cv-04593** | **Civic Penalty and Injunctive Relief** | **US District Court 50 Walnut Street Newark, NJ 07101** | **Final resolution of the litigation is expected to be approved by the Federal Trade Commission and the Court. CDG Management, LLC is subject to the settlement agreement.** |

None ■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

4

**5. Repossessions, foreclosures and returns**

None ■  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None ■  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ■  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None ■  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None ■  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

5

**9.  Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Lowenstein Sandler PC<br>65 Livingston Avenue<br>Roseland, NJ 07068** | | **Lowenstein Sandler received $37,500.00 from CDG Management, LLC for the preparation of bankruptcy petitions for CDG and certain related entities.** |

**10.  Other transfers**

None
☐

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Net Jets Aviation Inc.<br>P.O. Box 93300<br>Atlanta, GA 30377<br>    Third Party** | **09/04/08** | **Fractional Aircraft Interest - $144,926.00** |
| **Muskoskeletal Transplant Foundation<br>175 May Street<br>Edison, NJ 08837<br>    Third Party** | **04/23/09** | **Workstations and Office Furniture - $75,000.00** |
| **Lori Keezer<br>298 Key Palm Road<br>Boca Raton, FL 33432<br>    Related Party** | **06/08/09** | **Automobiles - $89,500.00** |
| **David Keezer<br>298 Key Palm Road<br>Boca Raton, FL 33432<br>    Related Party** | **06/09/09** | **Automobiles - $5,000.00** |
| **Liquid Technology<br>15 West 26th Street<br>New York, NY 10010<br>    Third Party** | **06/15/09** | **Cisco Routers - $59,500.00** |
| **Liquid Technology<br>New York, NY 10010<br>    Cisco Routers** | **07/14/09** | **Cisco Routers - $45,900.00** |
| **Lisa Pasch<br>7 Kensington Court<br>Warren, NJ 07059<br>    Related Party** | **10/28/09** | **Automobile - $30,500.00** |
| **MidWest Publishing<br>10844 North 23rd Street<br>Phoenix, AZ 85028<br>    Third Party** | **01/14/10** | **Predictive Dialing System - $37,500.00** |

6

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11.  Closed financial accounts

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Wachovia Bank, N.A**<br>**A Wells Fargo Company**<br>**123 South Broad Street, 7th Floor**<br>**Philadelphia, PA 19190** | **Money Market Account**<br>**Account Number: 17-00** | |
| **Wachovia Bank, N.A.**<br>**A Wells Fargo Company**<br>**123 South Broad Street, 7th Floor**<br>**Philadelphia, PA 19109** | **Positive Pay Account**<br>**Account Number: 1309** | |
| **Wachovia Bank, N.A.**<br>**A Wells Fargo Company**<br>**123 South Broad Street, 7th Floor**<br>**Philadelphia, PA 19109** | **Paroll Account**<br>**Account Number: 3425** | |
| **Wachovia Bank, N.A.**<br>**A Wells Fargo Company**<br>**123 South Broad Street, 7th Floor**<br>**Philadelphia, PA 19109** | **CDG Main Operating Account**<br>**Account Number: 2463** | |

### 12.  Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13.  Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14.  Property held for another person

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

7

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor
occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate
address of either spouse.

ADDRESS                                        NAME USED                                        DATES OF OCCUPANCY

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California,
Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the
commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in
the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous
or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited
to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly
owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material,
pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be
liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if
known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous
Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which
the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the
docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

8

### 18 . Nature, location and name of business

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **CDG Management, LLC** | 22-3443293 | **425 Raritan Center Parkway, Suite A Edison, NJ 08837** | **Telemarketing Services** | **04/28/96-12/31/09** |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                    ADDRESS


The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement* **only** *if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Ed McNamara** **425 Raritan Center Parkway, Suite A** **Edison, NJ 08837** | **04/12/99-12/31/09** |
| **Michele Mitchell** **425 Raritan Center Parkway, Suite A** **Edison, NJ 08837** | **03/31/08-12/31/09** |
| **Fred Triosi** **425 Raritan Center Parkway, Suite A** **Edison, NJ 08837** | **11/07/05-12/31/09** |
| **Ayce Cucurullo** **425 Raritan Center Parkway, Suite A** **Edison, NJ 08837** | **03/01/99-12/31/09** |

None
☐

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|-------------------------|
| **Kreinces Rollins & Shanker, LLC** | **365 West Passaic Street**<br>**Rochelle Park, NJ 07662** | |

None ■ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                        ADDRESS

None ☐ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|
| **Hass & Wilkerson Insurance**<br>**4300 Shawnee Mission Parkway**<br>**Mission, KS 66205** | |
| **Ace Surety Underwriting Services**<br>**436 Walnut Street**<br>**Philadelphia, PA 19106** | |
| **The Travelers Bond**<br>**7465 W. 132nd Street**<br>**Mission, KS 66201** | |
| **Wachovia Bank NA**<br>**123 South Broad Street**<br>**7th Floor - MBO Building**<br>**Philadelphia, PA 19109** | |

**20. Inventories**

None ■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|-------------------|----------------------|---------------------------------------------------------------------|

None ■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|-------------------|------------------------------------------------------|

**21 . Current Partners, Officers, Directors and Shareholders**

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|------------------|--------------------|------------------------|

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|------------------|-------|---------------------------------------------|
| **Scott Pasch**<br>**7 Kensington Court**<br>**Warren, NJ 07059** | **President** | **42.5%** |
| **David Keezer**<br>**298 Key Palm Road**<br>**Boca Raton, FL 33432** | **Vice President** | **42.5%** |

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

10

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Brian Pasch** | **Secretary** | **15%** |
| **277 Prospect Avenue** | | |
| **Little Silver, NJ 07739** | | |

### 22 . Former partners, officers, directors and shareholders

None
■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
☐   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **Brian Pasch** | **Secretary** | **12/30/09** |
| **277 Prospect Avenue** | | |
| **Little Silver, NJ 07739** | | |

### 23 . Withdrawals from a partnership or distributions by a corporation

None
■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group.

None
■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

### 25. Pension Funds.

None
■   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

11

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **March  1, 2010**                    Signature  **/s/ Scott Pasch**
                                                        **Scott Pasch**
                                                        **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
### District of New Jersey

In re    **CDG Management, LLC**                                                    Case No.

Debtor(s)                                                    Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

> For legal services, I have agreed to accept                          $            **37,500.00**

> Prior to the filing of this statement I have received              $            **37,500.00**

> Balance Due                                                              $                   **0.00**

2.    The source of the compensation paid to me was:

☐ Debtor    ■ Other (specify):    **Source of Compensation was paid by the Debtor.
Lowenstein Sandler received $37,500.00 from CDG Management, LLC for the
preparation of bankruptcy petitions for CDG and certain related entities.**

3.    The source of compensation to be paid to me is:

☐ Debtor    ■ Other (specify):

4.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.    Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.    [Other provisions as needed]

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **March  1, 2010**                              **/s/ John K. Sherwood (JS**
**John K. Sherwood (JS 2453)**
**Lowenstein Sandler PC**
**65 Livingston Avenue**
**Roseland, NJ 07068**
**973-597-2500  Fax: 973-597-2400**

---

# United States Bankruptcy Court
### District of New Jersey

In re   **CDG Management, LLC**

Debtor(s)

Case No.

Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct

to the best of my knowledge.

Date:   **March  1, 2010**

**/s/ Scott Pasch**

**Scott Pasch**/**President**
Signer/Title

Attorney General of the US
Department of Justice
Constitution Ave and 10th St NW
Washington, DC 20530


Office of the Attorney General
Hughes Justice Complex
CN-080
Trenton, NJ 08625


Securities & Exchange Commission
Attn: Bankruptcy Notices Division
450 5th Street NW Room 6228
Mail Stop 6-6
Washington, DC 20549


United States Attorney's Office
District of New Jersey
970 Broad Street
Newark, NJ 07102


United States Trustee
Office of the US Trustee
One Newark Center
Suite 2100
Newark, NJ 07102


Internal Revenue Service
Holtsville, NY 00501


New Jersey Division of Taxation
50 Barrack Street
CN 269
Trenton, NJ 08646


24Hour Mobile Notary & Fingerprinting
2848 Arden Way, Suite 1010
Sacramento, CA 95825


85 Green Street Realty Trust
P.O. Box 55
Worcester, MA 01613

ADP
P.O. Box 9001007
Louisville, KY 40290

Aicco, Inc.
P.O. Box 9045
New York, NY 10087

Alabama Department of Revenue
Income Tax Division
P.O. Box 327460
Montgomery, AL 36132

Alabama Power
P.O. Box 242
Birmingham, AL 35292

Allegheny Power
P.O. Box 2809
Hagerstown, MD 21741

Allied Waste Service
4542 SE Loop 410
San Antonio, TX 78222

Allied Waste Services #384
P.O. Box 9001099
Louisville, KY 40290

Ameren IP
P.O. Box 66884
Saint Louis, MO 63166

American Electric Power
Attn: Cash Management
420 Fourth Street, SW
Canton, OH 44701

Anchor Computer, Inc.
1900 New Highway
Farmingdale, NY 11735

Anderson County Trustee
100 N.Main Street - Room 203
Clinton, TN 37716

Appalachian Power
P.O. Box 24401
Canton, OH 44701


Arrowhead
Division of Nestle Waters
North America, Inc.
P.O. Box 856158
Louisville, KY 40285


AT&T
P.O. Box 8212
Aurora, IL 60572


AT&T
P.O. Box 33009
Charlotte, NC 28243


Atmos Energy
P.O. Box 660064
Dallas, TX 75266


Austin Police Department Alarm Unit
P.O. Box 684279
Austin, TX 78768


Bay State Gas
P.O. Box 830014
Baltimore, MD 21283


Bluefield Gas Company
P.O. Box 2407
Abingdon, VA 24212


Board of Water & Light
P.O. Box 13007
Lansing, MI 48901


Bowman's Locksmith Co., Inc.
1104 Church Street
Lynchburg, VA 24504


Braman Pest Control
P.O. Box 368
Springfield, MA 01101

Brazos Valley Affordable Housing Corp.
d/b/a Carter Creek
4001 East 29th Street, Suite 85
Bryan, TX 77801


Bryce Properties, LLC
297 River Street
Troy, NY 12180


BTU
205 East 28th Street
Bryan, TX 77806


Buckeye Investments
4560 S. Decatur
Las Vegas, NV 89103


Buckeye Investments (TA Desert Crossing)
3210 S. Decatur Boulevard
Las Vegas, NV 89103


Buckeye Investments, LLC
4560 S. Decatur Boulevard
Las Vegas, NV 89103


Bugman Pest Ellimination
P.O. Box 1648
Lexington, SC 29071


Busy Bee Environmental Services, Inc.
7826 Eastern Avenue, NW#503
Washington, DC 20012


Cabell County Sheriff
P.O. Box 2114
Huntington, WV 25721


Cable Property Group
1900 Whippoorwill
McAlester, OK 74501


Canon Financial Services
158 Gaither Drive, Suite 200
Mount Laurel, NJ 08054

Canon Financial Services
158 Gaither Drive, Suite 200
Mount Laurel, NJ 08054


Canon Financial Services
158 Gaither Drive, Suite 200
Mount Laurel, NJ 08054


Canton City Utilities
626 30th Street NW
Canton, OH 44709


Capital Cleaning Contractors, Inc.
P.O. Box 3063
Huntington Station, NY 11746


Carter Creek Center
c/o Clark-Isenhour CPM, LLC
3828 S, College Avenue
Bryan, TX 77801


Cencor Realty Services
101 West 6th Street, Suite 300
Austin, TX 78701


Century Tei
P.O. Box 4300


Chubb Group of Insurance Companies
P.O. Box 7777
Philadelphia, PA 19175


Cintas Corp #619
P.O. Box 1296
Conroe, TX 77305


Cintas Document Management
221 Evans Way, Suite D
Somerville, NJ 08876


CIT Technology Fin. Serv. Inc.
Attn: Customer Service
P.O. Box 550599
Jacksonville, FL 32255

CIT Technology Financing Services 1, LLC
P.O. Box 550599
Jacksonville, FL 32255


CIT Technology Financing Services 1, LLC
P.O. Box 550599
Jacksonville, FL 32255


City of Alexandria Utility Department
P.O. Box 8618
Alexandria, LA 71306


City of Austin Utilities
P.O. Box 630063
Austin, TX 78783


City of Goldsboro
P.O. Box A
Goldsboro, NC 27533


City of Lynchburg
P.O. Box 603
Lynchburg, VA 24505


City of Modesto
P.O. Box 3442
1010 10th Street, Suite 2100
Modesto, CA 95353


City of Montgomery
59 Monroe Street
Montgomery, AL 36109


City of Muskegon
Treasurer's Office
P.O. Box 536
Muskegon, MI 49443


City of Oak Ridge
200 S. Tulane Avenue
P.O. Box 1
Oak Ridge, TN 37831

City of Pikeville
118 College Street
Pikeville, KY 41501


City of Portsmouth
Department of Public Utilities
P.O. Box 1304


City of Sarasota
P.O. Box 1058
Sarasota, FL 34230


City of Tacoma
P.O. Box 11640


City of Wellsburg Public Utilities
70 Town Square
Wellsburg, WV 26070


City of Wellston
203 E. Broadway
Wellston, OH 45692


City of Wellston
203 E. Broadway
Wellston, OH 45692


City Plumbing Heating & Supply Inc.
724 Charles Street
Wellsburg, WV 26070


City Salvage, Inc.
P.O. Box 6524
Laurel, MS 39441


City Treasurer
P.O. Box 1023
Martinsville, VA 24112


Civic Development Group, LLC
425 Raritan Center Parkway, Suite A
Edison, NJ 08837

Clark Isenhour CPM, LLC
3828 South College Avenue
Bryan, TX 77801


Clean Brigade LLC
1152 Mae Street, Suite 186
Hummelstown, PA 17036


Cleco Power LLC
P.O. Box 69000
Alexandria, LA 71306


CMB II LLC
c/o Dimension Financial & Realty
and Investments, Inc.
2920 E. Camelbaclk Road, Suite 200
Phoenix, AZ 85016


Columbia Gas
P.O. Box 830012
Baltimore, MD 21283


Columbia Gas of Ohio
P.O. Box 2318
Columbus, OH 43216


Commissioner of Taxation & Finance
NYS Assessment Receivables
General Post Office
P.O. Box 26823
New York, NY 10087


Commonwealth of Massachusetts
One Ashburton Place
Boston, MA 02108


Commtek Solutions Inc.
5511 Kendall Street
Boise, ID 83706


Condit Properties LLC
150 DeBernardo Lane
Aptos, CA 95003

Condit Properties, LLC
150 DeBernardo Lane
Aptos, CA 95003


Consumers Energy
P.O. Box 30079
Lansing, MI 48937


Cooper Pest Solutions
351 Lawrence Station Road
Lawrence Township, NJ 08648


Copy Dynamics
105 Connecticut Drive
Burlington, NJ 08016


Copy Dynamics
105 Connecticut Drive
Burlington, NJ 08016


Coral Reef TBC
4025 Stirrup Creek
Durham, NC 27703


Coral Reef TBC LLC
2100 West 76th Street, Suite 401
Hialeah, FL 33016


Corporation Service Company
P.O. Box 13397
Philadelphia, PA 19101


County of Guadalupe, et al.
101 East Court Street, Suite 208
Seguin, TX 78155


CWI of Kentucky
P.O. Box 7003
Mayfield, KY 42066


D&M Inc
P.O. Box 1639
Basalt, CO 81621

Daphne Hapney/James R. Fox
3359 Teays Valley Road
Hurricane, WV 25526


Datacom Connections Inc.
2837 PS Business Center
Woodbridge, VA 22192


DCR Landscaping & Construction, Inc.
P.O. Box 4195
Metuchen, NJ 08840


Del Paso Properties Ltd.
4005 Manzarita Avenue, Suite PMB242
Carmichael, CA 95608


Dell Financing
4284 Collections Center Drive
Chicago, IL 60693


Dell Financing
4284 Collections Center Drive
Chicago, IL 60693


Digital Telecommunications Corp.
7733 Lemona Avenue
Van Nuys, CA 91405


Directv
P.O. Box 60036
Los Angeles, CA 90060


Dominion Hope
P.O. Box 79740
Baltimore, MD 21279


Downtown Investment Corp.
806 Charles Street
Wellsburg, WV 26070


DS Waters of America, Inc.
5660 New Northside Drive, Suite 500
Atlanta, GA 30328

Duke Power
P.O. Box 70516
Charlotte, NC 28272


Dunbar Sanitarv Board
P.O. Box 97
Dunbar, WV 25064


Embarq
P.O. Box 96028
Charlotte, NC 28296


EMC
4246 Collections Center Drive
Chicago, IL 60693


EMC Corp.
176 South Street
Hopkinton, MA 01748


Emmon Enterprises Inc.
d/b/a Jani-King
122 West Pine Street
Ponchatoula, LA 70454


Epicor Software Corporation
Worldwide Headquarters
18200 Von Karman Avenue, Suite 1000
Irvine, CA 92612


Epicor Software Corporation
18200 Von Karman Avenue, Suite 1000
Irvine, CA 92612


Executive Building Maintenance
P.O. Box 783
Sparks, NV 89432


Executive Cleaning Service, Inc.
1605 Ruddell Road SE
Lacey, WA 98503


Federal Trade Commission
50 Walnut Street
Newark, NJ 07101

First Industrial Pennsylvania LP
P.O. Box 33054
Newark, NJ 07188


Florida Power & Light Company
General Mills Facility
Miami, FL 33188


Frontier
P.O. Box 42486
Philadelphia, PA 19101


Fundraising Processing Center, LLC
425 Raritan Center Parkway, Suite A
Edison, NJ 08837


GE Capital
P.O. Box 642111
Pittsburgh, PA 15264


GE Capital
P.O. Box 642111
Pittsburgh, PA 15264


Geovan II, LLC
c/o Coilliers International REMS
601 SW 2nd Avenue, Suite 1950
Portland, OR 97204


GO Maintenance
918 N. Orchard
Boise, ID 83706


Great Plants, Inc.
4791 SW 83rd Terrace
Fort Lauderdale, FL 33328


Guardian Fund
6000 Executive Boulevard
Rockville, MD 20852


Guardian Realty Management, Inc.
6000 Executive Boulevard, Suite 400
Rockville, MD 20852

H. Thomas Corrie
950 Kanawha Boulevard East, 4th Floor
Charleston, WV 25301


HVAC Precision Services, Inc.
7610 Lindbergh Drive
Gaithersburg, MD 20879


IESI Alexandria Hauling
1515 England Drive
Alexandria, LA 71303


Interstate Park Holdings, LLC
8147 Solutions Center
Chicago, IL 60677


Iron Mountain
P.O. Box 27128
New York, NY 10087


James River Conference
400 Court Street
Lynchburg, VA 24504


Jani King of Columbia
5000 Thurmond Mall, Suite 110
Columbia, SC 29201


Jani-King of Colorado, Inc.
9000 E. Chenango Avenue, Suite 102
Englewood, CO 80111


Janitorial Masters Inc.
P.O. Box 36845
Canton, OH 44735


JCP&L
P.O. Box 203
Red Bank, NJ 07709


Jersey Shore Communications
& Alarm Systems
P.O. Box 106
Oceanport, NJ 07757

Jersey Shore Communications &
Alarm Systems, Inc.
P.O. Box 106
Oceanport, NJ 07757


Jersey Shore Communications &
Alarm Systems, Inc.
P.O. Box 106
Oceanport, NJ 07757


Joseph Barker Enterprises
250 Pomeroy Avenue
Meriden, CT 06450


K.D. Merritt-Sheriff of Wood County
P.O. Box 1985
Parkersburg, WV 26102


Kanawha County Sheriff's Office
409 Virginia Street, Room 120
Charleston, WV 25301


Katz, Kantor & Perkins LLC
307 Federal Street, 5th Floor
P.O. Box 727
Bluefield, WV 24701


Konica Minolta Danka Imaging
4388 Collections Center Drive
Chicago, IL 60693


Konica Minolta Danka Imaging
4388 Collections Center Drive
Chicago, IL 60693


Konica Minolta Danka Imaging
4388 Collections Center Drive
Chicago, IL 60693


Kristeen Rose-Assessor
Collector of Taxes
Brazos County
300 E. William Joey Brynn Parkway
Bryan, TX 77803

LA Corporate Center, LLC
c/o Cabi Developers CA
P.O. Box 79562
City of Industry, CA 91716


Labette County Treasurer
P.O. Box 388
Oswego, KS 67356


Larry Douglas/Patricia Douglas
627 Quail Drive
Bluefield, VA 24605


Liberty Property Limited Partnership
P.O. Box 828438
Philadelphia, PA 19182


Liberty Property LP
777 Yamato Road
Boca Raton, FL 33431


Louisiana Dept. of Revenue
P.O. Box 201
Baton Rouge, LA 70821


Lowell W. Cable
Cable Property Group
1900 Whippoorwill Avenue
McAlester, OK 74501


M&F Investments, LLC
7500 S. Memorial Parkway
Huntsville, AL 35802


Manley Mechanical
3810 Shearwater Drive
Reno, NV 89508


Marudas
20 Yorkton Court
Saint Paul, MN 55117


Mayfield Electric & Water Systems
P.O. Box 347
Mayfield, KY 42066

McCarrelles Potts Partnership
947 Allison Avenue
Washington, PA 15301


Millennium Teleservices, LLC
425 Raritan Center Parkway, Suite A
Edison, NJ 08837


Mississippi Power
P.O. Box 245
Birmingham, AL 35201


Modesto Irrigation District
P.O. Box 55355
Modesto, CA 95352


Mountaineer Gas
800 Cabin Hill Drive
Greensburg, PA 15606


MTSC Management, Inc.
425 Raritan Center Parkway, Suite A
Edison, NJ 08837


Mullins Investments LLC
8867 Green Street
Wheelersburg, OH 45694


Murphy Rosen & Meylan
100 Wilshire Boulevard, Suite 1300
Santa Monica, CA 90401


National Fundraising Consultants, LLC
425 Raritan Center Parkway, Suite A
Edison, NJ 08837


National Grid
300 Erie Boulevard West
Syracuse, NY 13252


National Pharmacy Discounts, LLC
425 Raritan Center Parkway, Suite A
Edison, NJ 08837

Nelda Wells Spears
Travis County Tax Collector
1010 Lavaca Street
Austin, TX 78767


Nevada Power Company
P.O. Box 30086
Reno, NV 89520


New Jersey Natural Gas
P.O. Box 1378
Belmar, NJ 07715


NSTAR
P.O. Box 4508
Woburn, MA 01888


NV Energy
P.O. Box 30065
Reno, NV 89520


Oak Ridge Utility District
120 S. Jefferson Circle
P.O. Box 4189
Oak Ridge, TN 37831


Office Depot
Dept. 56-4202279971
P.O. Box 30292
Salt Lake City, UT 84130


OG&E
P.O. Box 24990
Oklahoma City, OK 73125


Ohio Treasurer of State
Department of Taxation
P.O. Box 16561
Columbus, OH 43216


Oklahoma Natural Gas
Dept 1234
Tulsa, OK 74186

Oracle Corporation
P.O. Box 71028
Chicago, IL 60694


Oracle Credit Corporation
P.O. Box 71028
Chicago, IL 60694


Oracle Credit Corporation
P.O. Box 71028
Chicago, IL 60694


Orkin Exterminating Co., Inc.
P.O. Box 1504
Atlanta, GA 30301


Parkersburg Utility Board
P.O. Box 1629
Parkersburg, WV 26102


PDEC
2101 Atlantic Avenue
Manasquan, NJ 08736


Peachtree Data Inc.
2905 Premiere Parkway, Suite 200
Duluth, GA 30097


Pennsylvania American Water
P.O. Box 371412
Pittsburgh, PA 15250


Pennsylvania Dept. of Revenue
535 Chestnut Street
Sunbury, PA 17801


PG&E
P.O. Box 997300
Sacramento, CA 95899


Piedmont Natural Gas
P.O. Box 70904
Charlotte, NC 28272

Pitney Bowes Inc.
P.O. Box 856390
Louisville, KY 40285


PNC Energy
P.O. Box 100256
Edison, NJ 08837


Progress Energy
P.O. Box 2041
Raleigh, NC 27601


PSE&G
P.O. Box 1444
New Brunswick, NJ 08906


Puget Sound Energy
P.O. Box 91269
Bellevue, WA 98009


Qwest
P.O. Box 29060
Phoenix, AZ 85038


Qwest/LCI
P.O. Box 856169
Louisville, KY 40285


R&R Development & Rental Properties
575 Oak Ridge Turnpike, Suite 201
Oak Ridge, TN 37830


Rapides Parish Sheriff's Department
P.O. Box 1590
Alexandria, LA 71309


Reno Investor, LLC
Dept. #33982
P.O. Box 39000
San Francisco, CA 94139


Richard Chinn
575 Oak Ridge Turnpike
Oak Ridge, TN 37830

Richland County Treasurer
P.O. Box 11947
Columbia, SC 29211


Roy S. Ormsbee
P.O. Box 8137
Cleveland Avenue, NW
Canton, OH 44709


S.A.I Management, Inc.
P.O. Box 34876
Newark, NJ 07189


SEC&G
P.O. Box 100255
Columbia, SC 29202


SecureWorks Inc.
P.O. Box 534583
Atlanta, GA 30353


Sheriff of Harrison County
301 West Main Street
Clarksburg, WV 26301


Sheriff of Monongalia County
243 High Street
Morgantown, WV 26505


Shred Innovations Inc.
P.O. Box 2894
Pikeville, KY 41502


Sierra Pacific
Reno Sparks
P.O. Box 10100
6100 Neil Road
Reno, NV 89520


Sloan's Department Stores Inc.
One Stewart Plaza, Suite 1
P.O. Box 970
Dunbar, WV 25064

SLoan's Department Stores, Inc.
One Stewart Plaza, Suite 1
Dunbar, WV 25064


SMS Systems Maintenance Svcs Inc.
14416 Collections Center Drive
Chicago, IL 60693


South of James
828 Main Street, 19th Floor
Lynchburg, VA 24505


SPDK, LLC
425 Raritan Center Parkway, Suite A
Edison, NJ 08837


Stage 2 Networks
70 West 40th Street, 7th Floor
New York, NY 10018


Stage 2 Networks
70 West 40th Street, 7th Floor
New York, NY 10018


Stage 2 Networks, LLC
70 West 40th Street, 7th Floor
New York, NY 10018


Stanley's Florist Shops
P.O. Box 4047
Dunellen, NJ 08812


Staples Advantage
P.O. Box 71217
Chicago, IL 60694


Staples Print Solutions
P.O. Box 95015
Chicago, IL 60694


State of California
Franchise Tax Department
P.O. Box 942857
Sacramento, CA 94257

State of New Jersey Department of Labor
Division of Revenue Processing
P.O. Box 929
Trenton, NJ 08646


State of Rhode Island and Providence
Plantations
148 West River Street
Providence, RI 02904


Steve Bailey
28 Branch Drive
Parkersburg, WV 26101


Sunshine Cleaning Systems, Inc.
P.O. Box 24466
Fort Lauderdale, FL 33307


T.W. McComas Sheriff of Cabell County
Cabell County Courthouse
750 5th Avenue
Huntington, WV 25701


TantaComm LLC
1600 Aspen Commons, Suite 520
Middleton, WI 53562


Tatman Family, LLC
3103 Tatman Court, Suite 104
Urbana, IL 61802


Tennessee Departmnet of Revenue
Andrew Jackson State Office Building
500 Deaderick Street
Nashville, TN 37242


Thermal Services of NJ Inc.
P.O. Box 6554
Edison, NJ 08818


Thomas Huffman/Debra Huffman
P.O. Box 2439
Pikeville, KY 41502

Township of Ocean
399 Monmouth Road
Oakhurst, NJ 07755


Treasure Valley Coffee
11875 President Drive
Boise, ID 83709


Triangle Fidelco
Industrial Center
501 Watchung Avenue
Watchung, NJ 07069


UPS
P.O. Box 505820
The Lakes, NV 88905


Verizon
P.O. Box 4833
Trenton, NJ 08650


Verizon
P.O. Box 17398
Baltimore, MD 21297


Verizon
P.O. Box 15124
Albany, NY 12212


Verizon North
P.O. Box 9688
Mission Hills, CA 91346


Verizon Southwest
P.O. Box 31122
Tampa, FL 33631


Vital Records Inc.
P.O. Box 688
Flagtown, NJ 08821


Wachovia Bank NA
123 South Broad Street
7th Floor - MBO Building
Philadelphia, PA 19109

Wachovia Bank NA
123 South Broad Street
7th Floor - MBO Building
Philadelphia, PA 19109


Washington Gas
P.O. Box 830036
Baltimore, MD 21283


Washoe County Treasurer
P.O. Box 30039
Reno, NV 89520


Waste Management
P.O. Box 1364
Corbin, KY 40702


Waste Management of Maryland
P.O. Box 830003
Baltimore, MD 21283


Waste Management of Rhode Island
P.O. Box 830003
Baltimore, MD 21283


Waste Management of Texas Inc.
P.O. Box 78251
Phoenix, AZ 85062


Waste Management of Topeka
P.O. Box 9001054
Louisville, KY 40290


West Gate
2531 Center West Parkway
Augusta, GA 30901


Westgate Center
c/o Blanchard & Calhoun Commerical Corp.
2743 Perimeter Parkway
Building 100, Suite 370
Augusta, GA 30901

WEWJA
P.O. Box 510
Washington, PA 15301


Wilentz Goldman Spitzer P.A.
90 Woodbridge Center, Suite 900
Woodbridge, NJ 07095


Winans Sanitary Supply
P.O. Box Drawer E
Parkersburg, WV 26102


WW American Water Co.
P.O. Box 70824
Charlotte, NC 28272

# United States Bankruptcy Court
### District of New Jersey

In re  **CDG Management, LLC**

Debtor(s)

Case No.

Chapter  **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **CDG Management, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March 1, 2010**

Date

**/s/ John K. Sherwood (JS**

**John K. Sherwood (JS 2453)**

Signature of Attorney or Litigant

Counsel for **CDG Management, LLC**

**Lowenstein Sandler PC**
**65 Livingston Avenue**
**Roseland, NJ 07068**
**973-597-2500 Fax:973-597-2400**

*EXHIBIT "A"*

**CDG Management LLC**

**Bankruptcy Petition - Statement of Financial Affairs**

**3B - Payments to Creditors in Last 90 days = >$5475**

| Check # / Doc # | Payment Date | Vendor Code | Vendor | Type | Amount | Payment Description |
|---|---|---|---|---|---|---|
| 201435 | 12/1/2009 | 004730 | Triangle Fidelco Industrial Center | System | $13,377.01 | Rent |
| DD00681 | 12/1/2009 | 004924 | Wachovia | DD | $5,734.76 | Bank Fees |
| 201436 | 12/2/2009 | 004408 | 6 Industrial Way Holdings LLC | System | $15,824.00 | Intercompany / Rent |
| 201437 | 12/2/2009 | 005305 | Condit Properties, LLC | System | $9,600.00 | Rent |
| 201438 | 12/2/2009 | 000940 | Larry Douglas | System | $7,000.00 | Rent |
| 201439 | 12/2/2009 | 002024 | SAI Management Inc | System | $58,815.53 | Rent |
| 201444 | 12/3/2009 | 007537 | Aon Risk Services Northeast, Inc | System | $13,740.33 | Insurance |
| A11045 | 12/3/2009 | 004484 | Interstate EDP & Direct Mail Center | ACH | $38,129.71 | Pledge Kit Fulfillment |
| A11044 | 12/3/2009 | 004484 | Interstate EDP & Direct Mail Center | ACH | $50,000.00 | Postage |
| 201456 | 12/3/2009 | 002185 | Iron Mountain | System | $5,863.54 | Record Retention |
| 201458 | 12/3/2009 | 001010 | Mail Boxes Etc | System | $19,776.99 | Intercompany / Client Mailboxes |
| 201464 | 12/3/2009 | 001764 | UPS | System | $7,985.50 | Mail Forwarding |
| A11046 | 12/4/2009 | 004350 | California State Firefighters, Assoc. | ACH | $8,731.34 | Client Contract Payment |
| A11047 | 12/4/2009 | 002881 | Financial Processing Service, LLC. | ACH | $21,488.28 | Collections / Caging Services |
| A11056 | 12/9/2009 | 004484 | Interstate EDP & Direct Mail Center | ACH | $50,000.00 | Postage |
| 201507 | 12/10/2009 | 004686 | Del Paso Properties, Ltd. | System | $13,120.00 | Rent |
| DD00683 | 12/10/2009 | 000708 | Guardian | DD | $9,617.08 | Health Insurance |
| 201508 | 12/10/2009 | 002922 | H. Thomas Corrie | System | $10,000.00 | Rent |
| 201519 | 12/10/2009 | 005637 | The Hartford | System | $11,133.50 | Intercompany / Insurance |
| 201522 | 12/10/2009 | 001764 | UPS | System | $7,768.99 | Mail Forwarding |
| A11061 | 12/11/2009 | 002881 | Financial Processing Service, LLC. | ACH | $32,288.88 | Collections / Caging Services |
| A11060 | 12/11/2009 | 003326 | Humana | ACH | $23,678.35 | Health Insurance |
| A11065 | 12/14/2009 | 000093 | American Express | ACH | $59,127.87 | Various - See Amex Tab |
| W4327 | 12/15/2009 | 001341 | Qwest/LCI | ACH | $113,091.99 | Telecommunications |
| W4328 | 12/15/2009 | 007683 | Stage 2 networks LLC | EFTVO | $11,355.31 | Telecommunications |
| 201533 | 12/16/2009 | 000516 | Downtown Investments,A.J. Cipriani Realt | System | $6,441.67 | Rent |
| ACH11067 | 12/16/2009 | 004484 | Interstate EDP & Direct Mail Center | ACH | $40,405.97 | Pledge Kit Fulfillment |
| 201534 | 12/16/2009 | 003134 | Mullins Investments, LLC. | System | $8,000.00 | Rent |
| 201535 | 12/16/2009 | 001439 | Roy Ormsbee D.C. | System | $6,980.00 | Rent |
| 201543 | 12/17/2009 | 004341 | Capital Cleaning Contractors, Inc. | System | $15,836.32 | Janitorial |
| 201547 | 12/17/2009 | 002185 | Iron Mountain | System | $5,831.66 | Record Retention |
| 201554 | 12/17/2009 | 001230 | Oracle Corporation | System | $5,808.95 | Database Support |
| 201559 | 12/17/2009 | 001764 | UPS | System | $8,215.50 | Mail Forwarding |
| A11068 | 12/18/2009 | 004484 | Interstate EDP & Direct Mail Center | ACH | $40,000.00 | Postage |
| 201564 | 12/22/2009 | 007731 | PDEC | System | $20,000.00 | Pledge Kit Fulfillment Materials |
| 201564a | 12/22/2009 | 007731 | PDEC | Manual | $20,000.00 | Pledge Kit Fulfillment Materials |
| DD00684 | 12/29/2009 | 000708 | Guardian | DD | $9,617.08 | Health Insurance |
| 201566 | 12/29/2009 | 000995 | Lowenstein Sandler PC | System | $81,858.27 | Legal |
| 201575 | 12/30/2009 | 000037 | ADP | System | $18,217.22 | Payroll Processing |
| 201586 | 12/30/2009 | 004693 | Kreinces Rollins & Shanker LLC | System | $33,034.50 | CPA |
| 201587 | 12/30/2009 | 001010 | Mail Boxes Etc | System | $21,439.28 | Intercompany / Client Mailboxes |
| 201567 | 12/30/2009 | 007731 | PDEC | System | $20,000.00 | Pledge Kit Fulfillment Materials |
| 201588 | 12/30/2009 | 002024 | SAI Management Inc | System | $42,659.53 | Rent |
| 201590 | 12/30/2009 | 002447 | Spilman Thomas & Battle, PLLC | System | $8,185.66 | Legal |
| 201591 | 12/30/2009 | 001764 | UPS | System | $6,582.12 | Mail Forwarding |
| 201592 | 12/30/2009 | 001764 | UPS | System | $8,880.40 | Mail Forwarding |
| A11069 | 12/31/2009 | 000093 | American Express | ACH | $50,278.56 | Various - See Amex Tab |
| A11074 | 12/31/2009 | 002881 | Financial Processing Service, LLC. | ACH | $20,262.00 | Collections / Caging Services |
| A11077 | 12/31/2009 | 004484 | Interstate EDP & Direct Mail Center | ACH | $42,553.02 | Pledge Kit Fulfillment |
| W4329 | 12/31/2009 | 002921 | SER Solutions. Inc. | EFTVO | $60,000.00 | Predictive Dialers Support |
| A11076 | 12/31/2009 | 001753 | United Health Care | ACH | $82,617.25 | Health Insurance |
| DD00687 | 1/4/2010 | 004924 | Wachovia | DD | $6,654.85 | Bank Fees |
| DD00689 | 1/8/2010 | 000708 | Guardian | DD | $9,617.08 | Health Insurance |
| A11079A | 1/8/2010 | 007731 | PDEC | ACH | $10,000.00 | Pledge Kit Fulfillment Materials |
| A11080 | 1/11/2010 | 000086 | Alyce Cucurullo | ACH | $6,500.00 | Contract Fee |
| DD00691 | 1/14/2010 | 004924 | Wachovia | DD | $250,000.00 | Principal Loan Payment |
| A11090 | 1/15/2010 | 000086 | Alyce Cucurullo | ACH | $6,500.00 | Contract Fee |
| 201597 | 1/15/2010 | 007975 | American Bankers Life Assurance Company | System | $6,463.36 | Refund - Original Check not CDG's |
| 201609 | 1/15/2010 | 005910 | Bank of America | System | $15,419.22 | Various - See BOA Tab |
| 201599 | 1/15/2010 | 006088 | Capital/Highway 35, Ltd. | System | $12,439.50 | Rent |
| A11091 | 1/15/2010 | 002881 | Financial Processing Service, LLC. | ACH | $11,049.28 | Collections / Caging Services |
| A11092 | 1/15/2010 | 002881 | Financial Processing Service, LLC. | ACH | $15,807.44 | Collections / Caging Services |
| 201601 | 1/15/2010 | 005002 | First Industrial Pennsylvania LP | System | $6,200.00 | Rent |
| A11123 | 1/15/2010 | 004484 | Interstate EDP & Direct Mail Center | ACH | $39,244.71 | Pledge Kit Fulfillment |

| | | | | | | |
|---|---|---|---|---|---|---|
| A11124 | 1/15/2010 | 007731 | PDEC | ACH | $10,000.00 | Pledge Kit Fulfillment Materials |
| W4330 | 1/15/2010 | 007683 | Stage 2 networks LLC | EFTVO | $13,212.43 | Telecommunications |
| A11122 | 1/15/2010 | 001753 | United Health Care | ACH | $11,624.59 | Health Insurance |
| 201605 | 1/15/2010 | 001764 | UPS | System | $13,448.30 | Mail Forwarding |
| 201612 | 1/22/2010 | 000995 | Lowenstein Sandler PC | System | $55,954.57 | Legal |
| 201614 | 1/22/2010 | 005767 | Sundance Investments LLLP. | System | $11,000.00 | Rent |
| A11118 | 1/25/2010 | 000086 | Alyce Cucurullo | ACH | $6,500.00 | Contract Fee |
| A11116 | 1/25/2010 | 000093 | American Express | ACH | $140,934.86 | Various - see Amex Tab |
| A11101 | 1/29/2010 | 000086 | Alyce Cucurullo | ACH | $6,500.00 | Contract Fee |
| 201617 | 1/29/2010 | 004703 | City of Lakeland, Florida | System | $8,161.01 | Rent |
| 201616 | 1/29/2010 | 004693 | Kreinces Rollins & Shanker LLC | System | $8,644.00 | CPA |
| A111111 | 2/3/2010 | 000086 | Alyce Cucurullo | ACH | $16,900.00 | Contract Fee |
| 4332 | 2/3/2010 | 004693 | Kreinces Rollins & Shanker LLC | EFT | $32,000.00 | CPA Retainer |
| 4331 | 2/3/2010 | 000995 | Lowenstein Sandler PC | EFT | $25,000.00 | Legal - Bankruptcy Retainer |
| 4334 | 2/3/2010 | 000995 | Lowenstein Sandler PC | EFT | $42,805.89 | Legal |
| A11109 | 2/3/2010 | 007974 | Michele Mitchell | ACH | $5,500.00 | Contract Fee |
| 4333 | 2/3/2010 | 002024 | SAI Management Inc | EFT | $25,000.00 | Rent |
| DD00696 | 2/3/2010 | 004924 | Wachovia | DD | $37,500.00 | Principal Loan Payment |
| A11106B | 2/4/2010 | 002881 | Financial Processing Service, LLC. | ACH | $21,240.12 | Collections / Caging Services |
| A11105 | 2/4/2010 | 001753 | United Health Care | ACH | $45,440.67 | Health Insurance |
| A11115 | 2/8/2010 | 002881 | Financial Processing Service, LLC. | ACH | $12,827.88 | Collections / Caging Services |
| W4340 | 2/9/2010 | 007980 | MTCC (Millennium of Canada) | EFT | $11,250.00 | Intercompany / Tax Payments |
| DD00693 | 2/11/2010 | 000708 | Guardian | DD | $9,617.08 | Health Insurance |
| W4339 | 2/18/2010 | 007537 | Aon Risk Services of New Jersey | EFT | $58,123.33 | Insurance - D&O Tail |
| W4338 | 2/18/2010 | 002024 | SAI Management Inc | EFT | $10,000.00 | Rent |
| A11130 | 2/19/2010 | 000086 | Alyce Cucurullo | ACH | $13,000.00 | Contract Fee |
| W4339 | 2/28/2010 | 000995 | Lowenstein Sandler PC | EFT | $12,500.00 | Legal - Addtl Bankruptcy Retainer |
| | | | | **Total** | **$2,361,534.09** | |